## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-331**

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
Month    Day    Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

The Wave Pte. Ltd. Photographs 2005 (A)

NATURE OF THIS WORK ▼ See Instructions

Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 327 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

NAME OF AUTHOR ▼

**a**  The Wave Pte. Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in Singapore _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  Name of Author ▼

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed
2005
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Jan. 18 – June. 15
Month     Day     Year 2005
Singapore     Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE PTE. LTD.;
36 Sago Street, Singapore 059027

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY _____    FORM VA

CHECKED BY _____

☒ CORRESPONDENCE
Yes (*in Siebel SR# 1-543173181*)

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
Jennison & Shultz, P.C.                    080519

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640          Fax number  ( 703 ) 415-0788
Email  John@JennisonLaw.com

**7**

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    THE WAVE PTE LTD
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                        Date  28 December 2010

Handwritten signature (X) ▼
X _____

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 331



- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

EFFECTIVE DATE OF REGISTRATION

12          30          2010
(Month)     (Day)       (Year)

CONTINUATION SHEET RECEIVED

Page  3  of  36  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification
of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author          THE WAVE PTE. LTD.

Name of Copyright Claimant          THE WAVE PTE. LTD., 36 Sago Street, Singapore 059027

**B**
Registration
for Group of
Published
Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman001 | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman002 | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman003 | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman004 | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | andaman005 | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | | | |

**B**

| Number | | |
|---|---|---|
| Title of Photograph | andaman006 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman007 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman008 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman009 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman010 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman011 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman012 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman013 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman014 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman015 | |
| Date of First Publication | 15  June  2005 | Nation of First Publication  Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman016 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman017 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman018 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman019 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman020 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman021 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman022 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman023 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman024 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | andaman025 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Hanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman026 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman027 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman028 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman029 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman030 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman031 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman032 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman033 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman034 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

| Number | | |
|---|---|---|
| | Title of Photograph __ andaman035 __ | |
| | Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore __ | |
| | (Month) (Day) (Year) | |
| | Description of Photograph __ (Optional) __ | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph ___ andaman036
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ andaman037
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ andaman038
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ andaman039
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ andaman040
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ andaman041
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ andaman042
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ andaman043
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ andaman044
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Number

Title of Photograph ___ andaman045
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | |

Title of Photograph __ andaman046 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ andaman047 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ andaman048 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ andaman049 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ andaman050 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ andaman051 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ andaman052 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ andaman053 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ andaman054 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

Title of Photograph __ andaman055 __
Date of First Publication __ 15 __ (Month) __ June __ (Day) __ 2005 __ (Year) __ Nation of First Publication __ Singapore __
Description of Photograph __ (Optional) __

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | andaman056 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman057 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman058 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman059 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman060 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman061 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman062 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman063 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman064 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman065 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph — andaman066

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

Registration for Group of Published Photographs (continued)

Number

Title of Photograph — datai001

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — datai002

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — datai003

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — datai004

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — datai005

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — datai006

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — datai007

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — datai008

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

Number

Title of Photograph — datai009

Date of First Publication — 15 (Month) June (Day) 2005 (Year)   Nation of First Publication — Singapore

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph __ datai010
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Number

Title of Photograph __ datai011
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Number

Title of Photograph __ datai012
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Number

Title of Photograph __ datai013
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Number

Title of Photograph __ datai014
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Number

Title of Photograph __ datai015
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Number

Title of Photograph __ datai016
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Number

Title of Photograph __ datai017
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Number

Title of Photograph __ datai018
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

Number

Title of Photograph __ datai019
Date of First Publication __ 15 __ June __ 2005 __ Nation of First Publication __ Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | datai020 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

Registration for a Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | datai021 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai022 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai023 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai024 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai025 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai026 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai027 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai028 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai029 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Number | Title of Photograph **datai030** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

Registration for Group of Related Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph **datai031** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **datai032** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **datai033** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **datai034** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **datai035** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **datai036** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **datai037** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **datai038** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph **datai039** |
| | Date of First Publication **15** **June** **2005** Nation of First Publication **Singapore** |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

Title of Photograph — datai040

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai041

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai042

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai043

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai044

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai045

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai046

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai047

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai048

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

Title of Photograph — datai049

Date of First Publication — 15 (Month)    June (Day)    2005 (Year)    Nation of First Publication — Singapore

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | datai050 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai051 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai052 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai053 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai054 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai055 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai056 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai057 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai058 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai059 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | datai060 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | datai061 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai062 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai063 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai064 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai065 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai066 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai067 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai068 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | datai069 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Sinzir, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | datai070 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai071 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai072 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai073 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai074 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai075 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai076 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai077 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai078 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai079 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

Mail To:
Library of Congress

**B**

Title of Photograph ___ datai080

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

Title of Photograph ___ datai081

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

Title of Photograph ___ datai082

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

Title of Photograph ___ datai083

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

Title of Photograph ___ datai084

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

Title of Photograph ___ datai085

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

Title of Photograph ___ datai086

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

Title of Photograph ___ datai087

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

Title of Photograph ___ datai088

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

Title of Photograph ___ datai089

Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number

Title of Photograph — datai090
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Number

Title of Photograph — datai091
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Number

Title of Photograph — datai092
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Number

Title of Photograph — datai093
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Number

Title of Photograph — datai094
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Number

Title of Photograph — datai095
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Number

Title of Photograph — datai096
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Number

Title of Photograph — datai097
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Number

Title of Photograph — datai098
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Number

Title of Photograph — datai099
Date of First Publication — 15 [Month] June [Day] 2005 [Year]    Nation of First Publication — Singapore
Description of Photograph [Optional]

Registration
for Group of
Published
Photographs
(continued)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Simitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | Title of Photograph | datai100 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | datai101 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | datai102 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | datai103 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | setai042 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | setai043 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | setai044 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | setai045 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | setai046 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | setai047 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

**Certificate will be mailed in window envelope to this address**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| | |
|---|---|
| **Number** | Title of Photograph ___ setai048 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

| | |
|---|---|
| **Number** | Title of Photograph ___ setai049 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

| | |
|---|---|
| **Number** | Title of Photograph ___ setai050 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

| | |
|---|---|
| **Number** | Title of Photograph ___ setai051 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

| | |
|---|---|
| **Number** | Title of Photograph ___ setai052 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

| | |
|---|---|
| **Number** | Title of Photograph ___ setai053 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

| | |
|---|---|
| **Number** | Title of Photograph ___ setai054 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

| | |
|---|---|
| **Number** | Title of Photograph ___ setai055 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

| | |
|---|---|
| **Number** | Title of Photograph ___ setai056 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

| | |
|---|---|
| **Number** | Title of Photograph ___ setai057 ___ |
| | Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore ___ |
| | (Month) (Day) (Year) |
| | Description of Photograph ___ (Optional) ___ |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Title of Photograph | setai058 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai059 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai060 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai061 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai062 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai063 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai064 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai065 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai066 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | setai067 |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year)   Nation of First Publication   Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address:

| | |
|---|---|
| Name ▼ | Jennison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | setai068 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | setai069 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | setai070 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | setai071 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | setai072 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | setai073 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | setai074 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | setai075 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | setai076 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | setai077 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress Copyright Office and address listed in instructions
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai078 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai079 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai080 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai081 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai082 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai083 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai084 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai085 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai086 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai087 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph    setai088
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

Number

Title of Photograph    setai089
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

Number

Title of Photograph    setai090
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

Number

Title of Photograph    setai091
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

Number

Title of Photograph    setai092
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

Number

Title of Photograph    setai093
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

Number

Title of Photograph    setai094
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

Number

Title of Photograph    setai095
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

Number

Title of Photograph    setai096
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

Number

Title of Photograph    setai097
Date of First Publication    18    January    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)
Description of Photograph    (Option)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | Title of Photograph | setai098 | | | | | **B** |
|---|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

Registration for Group of Published Photographs (continued)

| | Title of Photograph | setai099 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai100 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai101 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai102 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai103 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai104 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai105 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai106 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | setai107 | | | | |
|---|---|---|---|---|---|---|
| Number | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**Certificate will be mailed in window envelope to this address**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai108 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai109 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai110 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai111 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai112 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai113 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai114 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai115 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai116 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph ___ setai117 | |
| | Date of First Publication ___ 18 (Month)    January (Day)    2005 (Year)    Nation of First Publication ___ Singapore | |
| | Description of Photograph ___ (Optional) | |

**Certificate will be mailed in window envelope to this address**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ setai118

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai119

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai120

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai121

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai122

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai123

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai124

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai125

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai126

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

Title of Photograph ___ setai127

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore

Description of Photograph ___

**C**

Certificate will be mailed to window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Number | Title of Photograph __ setai128 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph __ setai129 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph __ setai130 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph __ setai131 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph __ setai132 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph __ setai133 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph __ setai134 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph __ setai135 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph __ setai136 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph __ setai137 | |
| | Date of First Publication __ 18 __ January __ 2005 __ Nation of First Publication __ Singapore | |
| | Description of Photograph __ (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph ___ setai138
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai139
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai140
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai141
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai142
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai143
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai144
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai145
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai146
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Number

Title of Photograph ___ setai147
Date of First Publication ___ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)
Description of Photograph ___ (Optional)

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph — setai148

Date of First Publication  18  January  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

Registration
for Group of
Published
Photographs
(continued)

---

Number

Title of Photograph — setai149

Date of First Publication  18  January  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph — setai150

Date of First Publication  18  January  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph — setai151

Date of First Publication  18  January  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph — setai152

Date of First Publication  18  January  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph — setai153

Date of First Publication  18  January  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph — setai154

Date of First Publication  18  January  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph — setai155

Date of First Publication  18  January  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph — setai156

Date of First Publication  18  January  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph — seahst001

Date of First Publication  24  February  2005    Nation of First Publication    Singapore
(Month)    (Day)    (Year)

Description of Photograph (Optional)

---

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | seahst002 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst003 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst004 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst005 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst006 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst007 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst008 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst009 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst010 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst011 | |
| Date of First Publication | 24 (Month)  February (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3  Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | Title of Photograph | seahst012 | | | | Singapore |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | seahst013 | | | | Singapore |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | seahst014 | | | | Singapore |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | seahst015 | | | | Singapore |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | seahst016 | | | | Singapore |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | seahst017 | | | | Singapore |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai157 | | | | Singapore |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai158 | | | | Singapore |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai159 | | | | Singapore |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai181 | | | | Singapore |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | |

Title of Photograph ___ setai160
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai161
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai162
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai163
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai164
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai165
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai166
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai167
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai168
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai169
Date of First Publication ___ 26 (Month) ___ May (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Number | |

Title of Photograph ___ setai170

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

Title of Photograph ___ setai171

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

Title of Photograph ___ setai172

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

Title of Photograph ___ setai173

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

Title of Photograph ___ setai174

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

Title of Photograph ___ setai175

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

Title of Photograph ___ setai176

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

Title of Photograph ___ setai177

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

Title of Photograph ___ setai178

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

Title of Photograph ___ setai179

Date of First Publication ___ 26 ___ May ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Option)

---

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | sctai180 | | | |
| | Date of First Publication | 26  May  2005 | | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai104 | | | |
| | Date of First Publication | 15  June  2005 | | Nation of First Publication | Singapore |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph | (Optional) | | | |

Registration for Group of Published Photographs (continued)

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | (Month) (Day) (Year) | Nation of First Publication | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | (Month) (Day) (Year) | Nation of First Publication | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | (Month) (Day) (Year) | Nation of First Publication | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | (Month) (Day) (Year) | Nation of First Publication | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | (Month) (Day) (Year) | Nation of First Publication | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | (Month) (Day) (Year) | Nation of First Publication | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | (Month) (Day) (Year) | Nation of First Publication | |
| | Description of Photograph | (Optional) | | |

| Number | | | | |
|---|---|---|---|---|
| | Title of Photograph | | | |
| | Date of First Publication | (Month) (Day) (Year) | Nation of First Publication | |
| | Description of Photograph | (Optional) | | |

**C**

| Certificate will be mailed in window envelope to this address | Name ▼ Jennison & Shultz, PC |
|---|---|
| | Number / Street / Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102 |
| | City / State / Zip ▼ Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000