IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, | No. C 14-01342 RS |
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| MASTERCARD INTERNATIONAL, INC., | |
| Defendant. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Case Management Conference in the instant case scheduled on June 26, 2014 shall be continued to July 31, 2014 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, all parties shall appear telephonically at **11:00 a.m.** and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: June 18, 2014

For the Court,
RICHARD W. WIEKING, Clerk

By: /s/ Corinne Lew
Courtroom Deputy Clerk