Vijay K. Toke (CA Bar No. 215079)
(vijay@cobaltlaw.com)
Amanda R. Conley (CA Bar No. 281270)
(amanda@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:14-cv-01342-RS<br><br>**NOTICE OF APPEARANCE OF COUNSEL**<br><br>**Complaint Filed:** March 24, 2014 |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

The attorney below is admitted or otherwise authorized to practice in this court, and appears in this case as co-counsel for Plaintiff The Wave Studio, LLC.

Dated: June 18, 2014                                    COBALT LLP

                                                         /s/ Vijay K. Toke
                                                        Vijay K. Toke, CA Bar No. 215079
                                                        918 Parker Street, Bldg. A21
                                                        Berkeley, CA 94710
                                                        Email: vijay@cobaltlaw.com
                                                        Phone: (510) 841-9800
                                                        Fax: (510) 295-2401