# EXHIBIT "2"



World/World Elite MasterCard Experiences and Offers

http://world.mastercard.com/virtuosooffer/index/externalId/2803/region/us/offerId/29656/offeritemId/904680

Hello Guest, Enroll Now or Log In                                         priceless.com | Home | Help ▼ | Log In

Search [All Categories] for [                    ] GO

**WORLD MASTERCARD**

YOUR WORLD
ENROLL NOW | LOG IN

HOME
VIP EVENTS
FOOD & WINE
TICKETS
TRAVEL
 BEST OF THE BEST™ HOTELS
 EXPERIENCES & OFFERS
RECREATION & LEISURE
OVERWHELMING OFFERS
SHOPPING

THE SETAI

Best of the Best Hotels > United States & Canada > THE SETAI

**THE SETAI**
Miami Beach (South Beach), Florida, United States

In the heart of South Beach, The Setai maintains a serene atmosphere complemented by Asian and art deco influences. Legendary hotelier Adrian Zecha created a masterpiece with this oceanfront resort: it houses myriad dining experiences, from authentic Asian to Mediterranean and seafood; three swimming pools with varying temperatures; private daybeds on the beach; exceptional concierge service; and a world-class spa, offering Pacific Rim treatments in private spa suites. Should you choose to spend your days on the beach, enjoy full VIP treatment with dedicated pool concierges to ensure that no desire goes unfulfilled.

VIRTUOSO AMENITY
$100 spa credit, once per stay.

IN THE KNOW
The spa offers a number of Asian-inspired body/mind treatments, as well as private Pilates and yoga classes on the beach.

Distance from Miami Airport (MIA): 12 mi/19 km

Terms & Conditions:
Virtuoso exclusive amenities are subject to availability and blackout dates and some restrictions may apply. Please note, while every care has been taken to ensure accuracy, all descriptions and amenities are subject to change. Normal Virtuoso travel advisor fees (including planning and service fees) may apply. All Virtuoso member travel agencies are independently owned and operated, and are not controlled by Virtuoso. Please contact a Virtuoso affiliated travel advisor for complete details. VIRTUOSO, the Globe Swirl Logo and SPECIALISTS IN THE ART OF TRAVEL are registered trademarks and BEST OF THE BEST is a trademark of Virtuoso, Ltd. Virtuoso Ltd. has a U.S. copyright registration for the Globe Swirl Logo, ©2000. All rights reserved.

Virtuoso Redemption

Log in to Redeem this Offer

Log in to Write a Review

**CUSTOMER REVIEWS (0 of 0)**





