# EXHIBIT "3"





































































