1  NATE A. GARHART (CA Bar No. 196872)
   (nate@cobaltlaw.com)
2  VIJAY K. TOKE (CA Bar No. 215079)
   (vijay@cobaltlaw.com)
3  AMANDA R. CONLEY (CA Bar No. 281270)
   (amanda@cobaltlaw.com)
4
   COBALT LLP
5  918 Parker Street, Bldg. A21
   Berkeley, CA 94710
6  Telephone: (510) 841-9800
   Facsimile: (510) 295-2401
7
   Attorneys for Plaintiff
8  THE WAVE STUDIO, LLC

9

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 3:14-cv-01342-RS<br><br>**CERTIFICATE OF NON-PARTY INTERESTED ENTITIES** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the

/ / /

/ / /

1 | proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be
2 | substantially affected by the outcome of this proceeding:
3 |     Junior Lee, author of the copyrighted works at issue in this action.

Dated: July 9, 2014                         COBALT LLP

                                            By: /s/ Nate A. Garhart
                                            Nate A. Garhart
                                            Attorneys for Plaintiff
                                            THE WAVE STUDIO, LLC

CERTIFICATE OF NON-PARTY
INTERESTED ENTITIES                    2                    Case No.: 3:14-cv-01342-RS