Vijay Toke, Bar No: 215079          (510) 841-9800
Cobalt LLP
918 Parker Street
Berkeley, CA  94710

Representing: Plaintiff              File No.none

United States District Court, Northern District of California

Northern District of California - District - San Francisco

| | |
|---|---|
| The Wave Studio, LLC<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>Mastercard International, Inc., et al.<br><br>Defendant/Respondent | Case No: 3:14-CV-01342-RS<br><br>Proof of Service of:<br>Summons In a Civil Action; First Amended Complaint; Civil Cover Sheet; Certificate of Non-Party Interested Entities; Clerk's Notice; ECF Registration Information; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Availability of Magistrate Judge To Exercise Jurisdiction; Standing Order Re: Initial<br><br>Service on:<br>Mastercard International, Inc., a Delaware Corporation<br><br>Hearing Date:<br>Hearing Time:<br>Div/Dept: |

By Fax

PROOF OF SERVICE

OL# 7354281

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Vijay Toke, 215079<br>Cobalt LLP<br>918 Parker Street Bldg. A21<br>Berkeley, CA 94710<br>TELEPHONE NO.: (510) 841-9800<br>ATTORNEY FOR *(Name)*: Plaintiff | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF

United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102-3483

| PLAINTIFF/PETITIONER: The Wave Studio, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Mastercard International, Inc., et al. | 3:14-CV-01342-RS |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>none |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.

2. I served copies of: Summons In a Civil Action; First Amended Complaint; Civil Cover Sheet; Certificate of Non-Party Interested Entities; Clerk's Notice; ECF Registration Information; Order Setting Initial Case Management Conference and ADR Deadlines; Notice of Availability of Magistrate Judge To Exercise Jurisdiction; Standing Order Re: Initial Case Management

3. a. Party served: Mastercard International, Inc., a Delaware Corporation

   b. Person Served: Jan Lapinid- CT Corporation System - Person authorized to accept service of process

4. Address where the party was served: 818 West Seventh Street 2nd Floor
   Los Angeles, CA 90017

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 7/22/2014      (2) at (time): 9:45 AM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

   c. on behalf of:

   Mastercard International, Inc., a Delaware Corporation

   under:    CCP 416.10 (corporation)

7. **Person who served papers**
   a. Name:      Jimmy Lizama
   b. Address:     One Legal - 194-Marin
                504 Redwood Blvd #223
                Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 36.95
   e I am:
     (3) registered California process server.
       (i) Employee or independent contractor.
       (ii) Registration No.: 4553
       (iii) County: LOS ANGELES

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 7/22/2014

               Jimmy Lizama
       (NAME OF PERSON WHO SERVED PAPERS)                     (SIGNATURE)