NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)
AMANDA R. CONLEY (CA Bar No. 281270)
(amanda@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 3:14-cv-01342-RS<br><br>**PROOF OF SERVICE OF SUMMONS; FIRST AMENDED COMPLAINT; INITIATING DOCUMENTS** |

///

///

Case Name: *The Wave Studio, LLC v. MasterCard International, Inc., et al.*
Case No. 3:14-cv-01342-RS, U.S.D.C. Northern District, San Francisco

**PROOF OF SERVICE**

I, the undersigned, declare as follows:

I am employed in the County of Alameda, California. I am over the age of 18 years, and not a party to the within action. My business address is: 918 Parker Street, Bldg. A21, Berkeley, CA 94710. On **July 23, 2014**, I served a copy, with all exhibits, if any, of the following document(s):

**SUMMONS; FIRST AMENDED COMPLAINT; CIVIL COVER SHEET; CERTIFICATE OF NON-PARTY INTERESTED ENTITIES; CLERK'S NOTICE; ECF REGISTRATION INFORMATION; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; NOTICE OF AVAILABILITY; STANDING ORDER**

on the interested parties named below, in Case No. 3:14-cv-01342-RS, by following ordinary business practice:

By placing a true copy thereof enclosed in a sealed envelope, for collection and mailing with the United States Postal Service. I am readily familiar with my firm's business practice for collection and processing of correspondence for mailing with the United States Postal Service, where it would be deposited for first class delivery, postage fully prepaid, that same day in the ordinary course of business addressed as set forth below:

By personal delivery of a true copy to the person and at the address set forth below:

**X** By Federal Express overnight mail to the person and at the address set forth below:

By transmitting a true copy by email to the person and at the email address set forth below on this date before 5:00 p.m.:

Eric Millner, Esq.
BOURLAND, WALL & WENZEL, P.C.
301 Commerce Street, Suite 1500
Fort Worth, TX 76102

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on **July 23, 2014**, at Berkeley, California.

_____
Nikki Abdallah

POS RE SUMMONS; 1ST AMENDED COMPLAINT; INITIATING DOCUMENTS

2

Case No. 3:14-cv-01342-RS