IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MASTERCARD INTERNATIONAL, INC.,<br><br>　　　Defendant.<br>_____/ | No. C 14-01342 RS<br><br><br><br>**CLERK'S NOTICE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

　　The Case Management Conference in the instant case scheduled on July 31, 2014 shall be continued to August 28, 2014 at 10:00 a.m. in Courtroom 3 on the 17th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco.  The parties shall file a Joint Case Management Statement at least one week prior to the Conference.  Parties or counsel may appear personally or file a request to appear by telephone.  If any party files such a request, all parties shall appear telephonically at **11:00 a.m.** and must contact Court Conference at 866/582-6878 at least one week prior to the Conference.

Dated: July 29, 2014　　　　　　　　　　　　　　For the Court,
　　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Corinne Lew
　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk