Lucky Meinz (CA Bar No. 260632)
lmeinz@vedderprice.com
VEDDER PRICE P.C.
275 Battery Street, Suite 2464
San Francisco, CA 94111

Blaine Kimrey (*pro hac vice* motion forthcoming)
bkimrey@vedderprice.com
Bryan Clark (*pro hac vice* motion forthcoming)
bclark@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T:  (312) 609 7500
F:  (312) 609 5005

Attorneys for defendants
MASTERCARD INTERNATIONAL, INC. and
VIRTUOSO, LTD.

Nate A. Garhart (CA Bar No. 196872)
nate@cobaltlaw.com
Vijay K. Toke (CA Bar No. 215079)
vijay@cobaltlaw.com
Amanda R. Conley (CA Bar No. 281270)
amanda@cobaltlaw.com
COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
T: (510) 841-9800
F: (510) 295-2401

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 3:14-cv-01342-RS<br><br>Honorable Judge Richard Seeborg<br><br>**STIPULATED REQUEST FOR CHANGE OF TIME** |

Pursuant to Local Rule 6-2 of the United States District Court for the Northern District of California, plaintiff The Wave Studio, LLC ("Plaintiff") and defendants MasterCard International, Inc. and Virtuoso, Ltd. ("Defendants") (collectively, the "Parties") file this stipulated request for an order changing the time for Defendants' responsive pleading, the deadline for the Parties' Case Management Statement, and the date of the Case Management Conference. In support, the Parties state as follows:

1.   The responsive pleading deadline for defendant MasterCard International, Inc. is

1  currently August 12, 2014, and the responsive pleading deadline for defendant Virtuoso, Ltd. is
2  currently August 14, 2014.

3      2.    Defendants have recently retained the law firm of Vedder Price P.C. to represent
4  them in connection with the above-referenced matter.

5      3.    Attorneys for Defendants require additional time to investigate and analyze the
6  claims raised in Plaintiff's First Amended Complaint.

7      4.    The Parties have agreed to extend Defendants' responsive pleading deadline to
8  September 4, 2014.

9      5.    Because that deadline would be after the dates currently set for the Parties' Case
10 Management Statement, due August 21, 2014, and the Case Management Conference set for
11 August 28, 2014, the Parties respectfully request an extension of those deadlines as well.

12     6.    The Parties propose that the Case Management Conference be held on September
13 25, 2014, with the Case Management Statement due September 18, 2014.

14     7.    This is the first request for an extension of time for the Defendants to file a
15 responsive pleading.

16 WHEREFORE, pursuant to this Stipulation, the Parties respectfully request that the Court
17 enter the attached order.

18 Dated: August 7, 2014        VEDDER PRICE P.C.

20     By: /s/ Lucky Meinz
    Lucky Meinz
    Attorney for Defendants

23 Dated: August 7, 2014        COBALT LLP

25     By: /s/ Vijay K. Toke
    Vijay K. Toke
    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 3:14-cv-01342-RS<br><br>**STIPULATED REQUEST FOR CHANGE OF TIME**<br><br>**ORDER** |

This matter coming before the Court on the Parties' Stipulated Request for Extension of Time and the Court being fully advised, it is hereby ordered that:

    1.    Defendants' responsive pleading shall be due September 4, 2014.

    2.    The Parties' Case Management Statement shall be due September 18, 2014.

    3.    The Case Management Conference will be held on September 25, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____        _____

                                                                                                District Court Judge