1  Lucky Meinz (CA Bar No. 260632)
   lmeinz@vedderprice.com
2  VEDDER PRICE P.C.
   275 Battery Street, Suite 2464
3  San Francisco, CA 94111
4
   Blaine Kimrey (*pro hac vice* motion forthcoming)
5  bkimrey@vedderprice.com
   Bryan Clark (*pro hac vice* motion forthcoming)
6  bclark@vedderprice.com
7  222 North LaSalle Street
   Chicago, Illinois 60601
8  T: (312) 609 7500
   F: (312) 609 5005
9
   Attorneys for defendants
10 MASTERCARD INTERNATIONAL, INC. and
   VIRTUOSO, LTD.

11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 3:14-cv-01342-RS<br><br>Honorable Judge Richard Seeborg<br><br>**DEFENDANT MASTERCARD INTERNATIONAL, INC.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>[Fed. R. Civ. P. 7.1; Civil L.R. 3-15] |

## I. DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant MasterCard International Incorporated ("Defendant"), a Delaware membership corporation that does not issue capital stock, states that it is a wholly owned subsidiary of MasterCard Incorporated, a publicly traded company (NYSE: MA).

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

DEF.'S DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED
ENTITIES OR PARTIES

## II. CERTIFICATION OF INTERESTED ENTITIES OR PARTIES

Defendant certifies pursuant to Civil L.R. 3-15 that the following persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- About, Inc.
- Alliance Reservations Network
- American Airlines, Inc.
- Andrew Harper
- Bookit.com Inc.
- Budgetworks, Inc.
- Carlson Wagonlit
- Cedora, Inc.
- Chedi Muscat
- Delta Airlines
- Detai Langkawi
- Escala Vacations
- Esslinger Wooten Maxwell, Inc.
- Esteban Oliverez
- Expedia, Inc.
- Farebuzz
- Fareportal Inc.
- Frommer Media
- Frosh International Travel, Inc.
- General Hotel Management, Inc.
- Getaroom.com

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

- 2 -

DEF.'S DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED
ENTITIES OR PARTIES

| | |
|---|---|
| 1 | Gogobot, Inc. |
| 2 | Hipmunk, Inc. |
| 3 | Hotelguides.com, Inc. |
| 4 | Hotelsbyme.com |
| 5 | Hotels.com GP LLC |
| 6 | Hotelstravel.com |
| 7 | IBT Media Inc. |
| 8 | ICE Portal |
| 9 | Jetblue Airways Corporation |
| 10 | Joe Mazzarella |
| 11 | Kayak Software Corporation |
| 12 | Lexyl Travel Technologies |
| 13 | Lonely Planet Global, Inc. |
| 14 | Luxemont |
| 15 | Luxe Travel, LLC |
| 16 | Luxury Travel Media |
| 17 | Market ES, Inc. |
| 18 | Metro Travel Guide |
| 19 | Mobissimo Inc. |
| 20 | Mysobe.com |
| 21 | Nam Hai |
| 22 | Nextag, Inc. |
| 23 | Orbitz Worldwide LLC |
| 24 | Pegasus Solutions Inc. |
| 25 | Qantas Airways Limited |
| 26 | Questex Media LLC |
| 27 | Quintessentially |
| 28 | |

VEDDER PRICE P.C.
ATTORNEYS AT LAW
CHICAGO

- 3 -

DEF.'S DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED
ENTITIES OR PARTIES

| | |
|---|---|
| 1 | Random House |
| 2 | Reservation Counter |
| 3 | Room77 |
| 4 | Setai Owners LLC |
| 5 | Signature Travel Network |
| 6 | Spa Finder, Inc. |
| 7 | Tablet Inc. |
| 8 | The Leading Hotels of the World |
| 9 | The Setai |
| 10 | This Exit LLC |
| 11 | Travelocity.com LP |
| 12 | Tripadvisor.com LLC |
| 13 | United Airlines, Inc. |
| 14 | Vacations by Tzell |
| 15 | VFM Leonardo, Inc. |
| 16 | WK Travel Inc. |

Any additional or future defendants in *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-cv-09239-CS (S.D.N.Y.).

Dated: August 7, 2014

VEDDER PRICE P.C.

By: */s/ Lucky Meinz*
Lucky Meinz

Attorney for defendants MASTERCARD INTERNATIONAL, INC. and VIRTUOSO, LTD.