Lucky Meinz (CA Bar No. 260632)
lmeinz@vedderprice.com
VEDDER PRICE P.C.
275 Battery Street, Suite 2464
San Francisco, CA 94111

Blaine Kimrey (*pro hac vice* motion forthcoming)
bkimrey@vedderprice.com
Bryan Clark (*pro hac vice* motion forthcoming)
bclark@vedderprice.com
222 North LaSalle Street
Chicago, Illinois 60601
T: (312) 609 7500
F: (312) 609 5005

Attorneys for defendants
MASTERCARD INTERNATIONAL, INC. and
VIRTUOSO, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 3:14-cv-01342-RS<br><br>Honorable Judge Richard Seeborg<br><br>**DEFENDANT VIRTUOSO, LTD.'S DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**<br><br>**[Fed. R. Civ. P. 7.1; Civil L.R. 3-15]** |

I.  **DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Virtuoso, Ltd. ("Defendant"), makes the following disclosure:

Virtuoso, Ltd. does not have a parent corporation, and no publicly traded corporation owns 10 percent or more of its stock.

II.  **CERTIFICATION OF INTERESTED ENTITIES OR PARTIES**

Defendant certifies pursuant to Civil L.R. 3-15 that the following persons, associations of

persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

About, Inc.

Alliance Reservations Network

American Airlines, Inc.

Andrew Harper

Bookit.com Inc.

Budgetworks, Inc.

Carlson Wagonlit

Cedora, Inc.

Chedi Muscat

Delta Airlines

Detai Langkawi

Escala Vacations

Esslinger Wooten Maxwell, Inc.

Esteban Oliverez

Expedia, Inc.

Farebuzz

Fareportal Inc.

Frommer Media

Frosh International Travel, Inc.

General Hotel Management, Inc.

Getaroom.com

Gogobot, Inc.

Hipmunk, Inc.

| | |
|---|---|
| 1 | Hotelguides.com, Inc. |
| 2 | Hotelsbyme.com |
| 3 | Hotels.com GP LLC |
| 4 | Hotelstravel.com |
| 5 | IBT Media Inc. |
| 6 | ICE Portal |
| 7 | Jetblue Airways Corporation |
| 8 | Joe Mazzarella |
| 9 | Kayak Software Corporation |
| 10 | Lexyl Travel Technologies |
| 11 | Lonely Planet Global, Inc. |
| 12 | Luxemont |
| 13 | Luxe Travel, LLC |
| 14 | Luxury Travel Media |
| 15 | Market ES, Inc. |
| 16 | Metro Travel Guide |
| 17 | Mobissimo Inc. |
| 18 | Mysobe.com |
| 19 | Nam Hai |
| 20 | Nextag, Inc. |
| 21 | Orbitz Worldwide LLC |
| 22 | Pegasus Solutions Inc. |
| 23 | Qantas Airways Limited |
| 24 | Questex Media LLC |
| 25 | Quintessentially |
| 26 | Random House |
| 27 | Reservation Counter |
| 28 | |

| | |
|---|---|
| 1 | Room77 |
| 2 | Setai Owners LLC |
| 3 | Signature Travel Network |
| 4 | Spa Finder, Inc. |
| 5 | Tablet Inc. |
| 6 | The Leading Hotels of the World |
| 7 | The Setai |
| 8 | This Exit LLC |
| 9 | Travelocity.com LP |
| 10 | Tripadvisor.com LLC |
| 11 | United Airlines, Inc. |
| 12 | Vacations by Tzell |
| 13 | VFM Leonardo, Inc. |
| 14 | WK Travel Inc. |

Any additional or future defendants in *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-cv-09239-CS (S.D.N.Y.).

Dated: August 7, 2014

VEDDER PRICE P.C.

By: */s/ Lucky Meinz*
    Lucky Meinz

Attorney for defendants MASTERCARD INTERNATIONAL, INC. and VIRTUOSO, LTD.