UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100,<br><br>Defendants. | Case No. 3:14-cv-01342-RS<br><br>**STIPULATED REQUEST FOR CHANGE OF TIME**<br><br>**ORDER** |

This matter coming before the Court on the Parties' Stipulated Request for Extension of Time and the Court being fully advised, it is hereby ordered that:

1. Defendants' responsive pleading shall be due September 4, 2014.
2. The Parties' Case Management Statement shall be due September 18, 2014.
3. The Case Management Conference will be held on September 25, 2014.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: August 7, 2014

_____
District Court Judge