Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Wave Studio, LLC <br><br> Plaintiff(s), <br><br> v. <br><br> MasterCard International, Inc., et al. <br><br> Defendant(s). | Case No: 3:14-cv-01342-RS <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, __Blaine Kimrey__, an active member in good standing of the bar of __Illinois__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __MasterCard International and Virtuoso__ in the above-entitled action. My local co-counsel in this case is __Lucky Meinz__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 222 North LaSalle Street <br> Chicago, IL 60601 | 275 Battery Street, Suite 2464 <br> San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: <br> (312) 609-7500 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (415) 749-9500 |
| MY EMAIL ADDRESS OF RECORD: <br> bkimrey@vedderprice.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> lmeinz@vedderprice.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __6279625__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 8/12/2014

APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of __Blaine Kimrey__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 8/13/14

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                                                                 *October 2012*