1  Lucky Meinz (CA Bar No. 260632)
   lmeinz@vedderprice.com
2  Brittany A. Sachs (CA Bar No. 287651)
   bsachs@vedderprice.com
3  VEDDER PRICE P.C.
4  275 Battery Street, Suite 2464
   San Francisco, CA 94111
5
6  Blaine Kimrey (admitted *pro hac vice*)
   bkimrey@vedderprice.com
7  Bryan Clark (admitted *pro hac vice*)
   bclark@vedderprice.com
8  222 North LaSalle Street
   Chicago, Illinois 60601
9  T:  (312) 609 7500
   F:  (312) 609 5005
10
11 Attorneys for defendants
   MASTERCARD INTERNATIONAL, INC. and
12 VIRTUOSO, LTD.

13                    UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15 | THE WAVE STUDIO, LLC, a New York | Case No. 3:14-cv-01342-RS |
   | Limited Liability Corporation, | |
16 | | Honorable Judge Richard Seeborg |
17 | Plaintiff, | |
   | | **[PROPOSED] ORDER GRANTING** |
18 | v. | **DEFENDANTS' MOTION TO** |
   | | **TRANSFER** |
19 | MASTERCARD INTERNATIONAL, INC., a | |
   | Delaware corporation; VIRTUOSO, LTD., a | |
20 | Delaware corporation; and DOES 1-100, | |
21 | Defendants. | |

1 | This matter came before the Court on Defendants' Motion to Transfer. The Court rules as
2 | follows:
3 | Pursuant to 28 U.S.C. § 1404(a), Defendants' Motion to Transfer this case to the United
4 | States District Court for the Southern District of New York is GRANTED.
5 | IT IS SO ORDERED.
6 |
7 | Dated:
8 |
9 | By: _____
    Richard Seeborg
    United States District Judge