# Exhibit A

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC,

*Plaintiff,*

v.

GENERAL HOTEL MANAGEMENT LTD.; VFM
LEONARDO, INC; ABOUT, INC. d/b/a ABOUT.COM;
LEXYL TRAVEL TECHNOLOGIES D/B/A/
HOTELPLANNER.COM; ALLIANCE
RESERVATIONS NETWORK d/b/a
RESERVETRAVEL.COM; ANA CRISTINA MARUN
d/b/a VIPLUXURYRENTALS.COM;
BUDGETWORKS, INC. d/b/a
SETAICONDORENTALS.COM; DELTA AIRLINES
d/b/a DELTA.COM; ESSLINGER WOOTEN
MAXWELL, INC. d/b/a NELSONGONZALEZ.COM;
I4SITES d/b/a I4SANUR.COM ; JET SET
OMNIMEDIA d/b/a JETSETREPORT.COM; JETBLUE
AIRWAYS CORPORATION d/b/a JETBLUE.COM;
FROMMER MEDIA d/b/a FROMMERS.COM;
KAYAK SOFTWARE CORPORATION d/b/a
KAYAK.COM; KEVIN TOMLINSON d/b/a
KEVINTOMLINSON.COM; KRISTINE HALL d/b/a
LUXURYRENTALSMIAMIBEACH.COM; LINDA
GUSTAFSON d/b/a LINDAGPROPERTIES.COM;
LORRAINE TRAVEL d/b/a WHATAHOTEL.COM;
MYSOBE.COM d/b/a MYSOBE.COM;
NETADVANTAGE.COM d/b/a
IHSADVANTAGE.COM; ORBITZ WORLDWIDE
LLC d/b/a ORBITZ.COM; QUESTEX MEDIA LLC
d/b/a FIVESTARALLIANCE.COM; CEDORA, INC.
d/b/a REALADVENTURES.COM; REEF &
RAINFOREST DIVE & ADVENTURE TRAVEL d/b/a
REEFRAINFOREST.COM; SETAI OWNERS LLC
d/b/a SETAI.COM d/b/a SETAI-REALTY.COM; SPA
FINDER, INC. d/b/a SPAFINDER.COM; THE
LEADING HOTELS OF THE WORLD d/b/a
LHW.COM; THIS EXIT LLC d/b/a
ROADSIDEAMERICA.COM; TRACK
ENTERTAINMENT d/b/a CLUBPLANET.COM;
VACATIONIDEA INC. d/b/a VACATIONIDEA.COM;

Civil Action No.

ECF Case

**JURY TRIAL DEMANDED**



13 CV 9239

JUDGE SEIBEL

ROOM77 d/b/a ROOM77.COM; EXPEDIA, INC d/b/a
EXPEDIA.COM; HOTELS.COM GP LLC d/b/a
HOTELS.COM d/b/a TRAVELNOW.COM;
RESERVATION COUNTER d/b/a
RESERVATIONCOUNTER.COM; AMERICAN
AIRLINES, INC. d/b/a AAVACATIONS.COM;
DISNEY ENTERPRISES, INC d/b/a GO.COM;
GANNETT SATELLITE INFORMATION
NETWORK, INC d/b/a TRAVEL.USATODAY.COM;
UNITED AIRLINES INC. d/b/a
HOTELS.UNITED.COM; HOTELSBYME.COM d/b/a
HOTELSBYME.COM; TIME INC. LIFESTYLE
GROUP d/b/a COASTALLIVING.COM; SAMIR
PATEL d/b/a MIAMICONDOREALTY d/b/a
SETAISOUTHBEACH.COM d/b/a
SOUTHBEACBROKERS.COM; DANIEL HORNEK
d/b/a MIAMICONDOSEARCH.COM d/b/a KAFKA-
FRANZ.COM; SIGNATURE TRAVEL NETWORK
d/b/a SIGNATURETRAVELNETWORK.COM;
FROSH INTERNATIONAL TRAVEL, INC. d/b/a
FROSCHVACATIONS.COM; VACATIONS BY
TZELL d/b/a VACATIONSBYTZELL.COM; AUSTIN
AMERICAN STATESMAN d/b/a STATESMAN.COM;
SUNNY REALTY d/b/a
SUNNYISLESMIAMIREALESTATE.COM; ZIMBIO,
INC. d/b/a ZIMBIO.COM; ANDREW HARPER d/b/a
ANDREWHARPER.COM; CHARLES KESSLER d/b/a
A1-DISCOUNT-HOTELS.COM; HELEN SIEW d/b/a
HOTELSPEEDY.COM; BOOKIT.COM INC d/b/a
BOOKIT.COM; CHICTIP.COM, LLC d/b/a
CHICTIP.COM; TURNER BROADCASTING
SYSTEM, INC. d/b/a CNNGO.COM; DANIEL
CHESTNUT d/b/a ECONOMYBOOKING.COM;
ESCALA VACATIONS d/b/a
ESCALAVACATIONS.COM; FAREBUZZ d/b/a
FAREBUZZ.COM; FAREPORTAL INC d/b/a
CHEAPOAIR.COM; RANDOM HOUSE d/b/a
FODORS.COM; TWENTIETH CENTURY FOX FILM
CORPORATION d/b/a FOX NEWS NETWORK, LLC
d/b/a FOXNEWS.COM; GETAROOM.COM d/b/a
GETAROOM.COM; GOGOBOT, INC. d/b/a
GOGOBOT.COM; HAUTE LIVING d/b/a
HAUTELIVING.COM; HIPMUNK, INC. d/b/a
HIPMUNK.COM; HOTELGUIDES.COM, INC. d/b/a
HOTELGUIDES.COM; MARKET ES INC. d/b/a

2

HOTELS-AND-DISCOUNTS.COM;
HOTELSTRAVEL.COM d/b/a
HOTELSTRAVEL.COM;
THEHUFFINGTONPOST.COM, INC. d/b/a
HUFFINGTONPOST.COM; ESTEBAN OLIVEREZ
d/b/a INSANELYCHEAPFLIGHTS.COM;
LUXEMONT d/b/a JUSTLUXE.COM; LESUEUR
INTERIORS d/b/a LESUEURINTERIORSBLOG.COM;
LONELY PLANET GLOBAL, INC. d/b/a
LONELYPLANET.COM; LUXE TRAVEL, LLC d/b/a
LUXETRAVEL.COM; LUXURY TRAVEL MEDIA
d/b/a LUXURYTRAVELMAGAZINE.COM; METRO
TRAVEL GUIDE d/b/a
METROTRAVELGUIDE.COM; MIAMI NEW TIMES,
LLC d/b/a MIAMINEWTIMES.COM; MOBISSIMO
INC. d/b/a MOBISSIMO.COM; NEXTAG, INC. d/b/a
NEXTAG.COM; THE NILE PROJECT, INC. d/b/a
NILEGUIDE.COM; REFINERY29 d/b/a
REFINERY29.COM; JOE MAZZARELLA d/b/a
ROOMRATE.COM; TRAVELOCITY.COM LP d/b/a
TRAVELOCITY.COM; TRIPADVISOR LLC d/b/a
TRIPADVISOR.COM; TABLET INC d/b/a
TABLETHOTELS.COM;

*Defendants.*

## COMPLAINT

The Wave Studio, LLC ("Plaintiff"), by their attorneys, Leason Ellis LLP, for their complaint against the following eighty-four Defendants (collectively "Defendants") alleges as follows:

## NATURE OF THIS ACTION

1.      Plaintiff is the copyright owner of photographic works created by one of its members, Junior Lee. Ms. Lee is a Malaysian photographer who uses her pictures to create distinctive marketing and promotional materials for prominent hotels and renowned travel organizations worldwide. This is an action for copyright infringement arising out of Defendants' unauthorized reproduction, display, distribution, publication and utilization of hundreds of

{04892/606459-000/01114958.1}

Plaintiff's photographs in connection with Defendants' promotion and sale of hotel and travel bookings on various websites accessed across the United States.

2.　　Ms. Lee is commissioned either by hotel management and promotional agencies, or by hotel and travel locations directly, to photograph elite hotel properties and destination locales and to create marketing and promotional materials featuring her photographs. However, per the express terms of her contract with such agencies, Plaintiff retains sole and exclusive ownership of all right, title and interest in the underlying photos, as well as the sole and exclusive right to license, distribute and use the photographs for any and all other purposes.

3.　　As set forth in more detail below, Defendants have committed blatant acts of copyright infringement by improperly using Plaintiff's photographs - without authorization - for their own financial gain, including but not limited to, using Plaintiff's photographs in their own articles, photo galleries, and promotional materials, all of which are generating traffic to – not to mention revenue for – Defendants and their businesses. By virtue of this action, Plaintiff should be awarded the appropriate injunctive relief and monetary damages to remedy and redress Defendants' rampant, willful and continued misuse of Plaintiff's copyrighted photographs.

## JURISDICTION AND VENUE

4.　　This complaint alleges causes of action under the Copyright Laws of the United States, Title 17 of the United States Code.

5.　　This Court has subject matter jurisdiction over this claim pursuant to 28 U.S.C. §§§ 1331, 1338 and 2201 as Plaintiff's claims against Defendants arise under Title 17 of the United State Code.

6.　　This Court has personal jurisdiction over the Defendants, as all are domiciled in, or have done business in this district.

4

7.     Pursuant to 29 U.S.C. § 1391, venue properly lies in this Court because Plaintiff's principal place of business is in this judicial district and a substantial part of the events giving rise to the claims occurred in this judicial district.

## THE PARTIES

8.     Plaintiff, The Wave Studio, LLC, is a limited liability company organized under the laws of the State of New York, with its principal place of business at One Barker Avenue, #542, White Plains, New York 10601.  Plaintiff is a business entity operated by photographer Junior Lee, a Malaysian citizen currently domiciled in Singapore.  Ms. Lee creates marketing materials for businesses worldwide using her original works, but retains ownership of all rights, title, and interest to all artistic works used therein.   The Wave Studio, LLC was formed to hold, manage, and control the U.S. intellectual property rights to said works, including, but not limited to, several U.S. copyright registrations.

9.     Upon information and belief, Defendant General Hotel Management Ltd. ("GHM") is a Singapore corporation with its principal place of business at No. 1 Orchard Spring Lane, #4-02 Tourism Court, Singapore 247729.   GHM specializes in conceptualizing, developing and operating luxury hotels and resorts in Southeast Asia.  Upon information and belief, the hotels managed or promoted by GHM include but are not limited to The Setai Miami - USA, The Heritage House Mendocino - USA, The Chedi Milan - Italy, The Leela Goa - India, The Chedi Muscat - Oman, The Nam Hai Hoi An - Vietnam, The Chedi Chiang Mai - Thailand, The Chedi Phuket - Thailand, The Datai Langkawi - Malaysia, The Andaman Langkawi - Malaysia, The Saujana Kuala Lumpur - Malaysia, The Club at The Saujana Kuala Lumpur - Malaysia, Carcosa Seri Negara Kuala Lumpur - Malaysia, The Legian Seminyak - Bali, The Club at The Legian Seminyak - Bali, The Chedi Club Ubud - Bali, The Serai Club Jimbaran -

5

Bali, The Lalu Sun Moon Lake - Taiwan, Langsuan Apartment Bangkok - Thailand, Seah St. Apartment - Singapore, GHM Boutique Products - Singapore, The Fullerton Hotel - Singapore, Raffles Hotel - Singapore, La Pari-Pari Hotel Langkawi - Malaysia, and Four Seasons Great Exuma - Bahamas ("Hotels"). GHM targets New York residents to book accommodation and other hospitality services at the Hotels when they travel to those vacation destinations.

     10.     Upon information and belief, Defendant VFM Leonardo Inc. ("VFM") is a Canadian corporation with its principal place of business at 111 Peter Street, Suite 530, Toronto, Canada M5V2H1. VFM specializes in selling advertising packages to travel and hotel websites for promoting and selling bookings from across the United States. Plaintiff is informed and believes and based thereon alleges that: (1) VFM has derived and continues to derive substantial profits from the advertising packages that it promotes and sells to its customer websites in the United States, including in New York and this jurisdiction; and (2) that VFM targets residents of New York and travelers to New York by using its advertisements on third-party websites to induce these prospective travelers to book hotel and travel packages through the websites operated by its customers.

     11.     Upon information and belief, Defendant About, Inc. d/b/a ABOUT.COM, located at 1500 Broadway, 6th Floor, New York, NY 10036, registers and uses the domain name *www.about.com*. Upon information and belief, Defendant About, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.about.com*.

     12.     Upon information and belief, Defendant Lexyl Travel Technologies d/b/a/ HOTELPLANNER.COM, located at 777 S Flagler Dr Suite 800, West Tower, West Palm Beach, Florida 33401, registers and uses the domain name *www.hotelplanner.com*. Upon

information and belief, Defendant Lexyl Travel Technologies regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.hotelplanner.com*.

13.     Upon information and belief, Alliance Reservations Network d/b/a RESERVETRAVEL.COM, located at 428 E. Thunderbird Rd. #427, Phoenix, AZ 85022, registers and uses the domain name domain name *www.reservetravel.com*. Upon information and belief, Defendant Alliance Reservations Network regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.reservetravel.com*.

14.     Upon information and belief, Defendant Ana Cristina Marun d/b/a VIPLUXURYRENTALS.COM, located at 520 West Ave Ste. 1101, Miami Beach, FL 33139, registers and uses the domain name *www.vipluxuryrentals.com*. Upon information and belief, Defendant Ana Cristina Marun regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.vipluxuryrentals.com*.

15.     Upon information and belief, Defendant BudgetWorks Inc. d/b/a SETAICONDORENTALS.COM located at 101 20th St., Condo 3103, Miami Beach, FL 33139, registers and uses the domain name *www.setaicondorentals.com*. Upon information and belief, Defendant BudgetWorks Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.setaicondorentals.com*

16.     Upon information and belief, Defendant Delta Air Lines Inc. d/b/a DELTA.COM, located at 1030 Delta Boulevard, Atlana, GA 30354, registers and uses the domain name *www.delta.com*. Upon information and belief, Defendant Delta Air Lines Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.delta.com*.

{04892/606459-000/01114958.1}

17.     Upon information and belief, Defendant Esslinger Wooten Maxwell, Inc. d/b/a NELSONGONZALEZ.COM, located at 419 Arthur Godfrey Road, Miami Beach, FL 33140, registers and uses the domain name *www.nelsongonzalez.com*.  Upon information and belief, Defendant Esslinger Wooten Maxwell, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.nelsongonzalez.com*.

18.     Upon information and belief, Defendant i4Sites d/b/a I4SANUR.COM, located at P.O. Box 686, Gilbert, AZ 85299, registers and uses the domain name *www.i4sanur.com*.  Upon information and belief, Defendant i4Sites regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.i4sanur.com*.

19.     Upon information and belief, Defendant Jet Set Omnimedia d/b/a JETSETREPORT.COM, located at 1864 Marcheeta Place, Los Angeles, CA 90069, registers and uses the domain name *www.jetsetreport.com*.  Upon information and belief, Defendant Jet Set Omnimedia regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.jetsetreport.com*.

20.     Upon information and belief, Defendant Jet Blue Airways Corporation d/b/a JETBLUE.COM, located at 27-01 Queens Plaza North, Long Island City, NY 11101, registers and uses the domain name *www.jetblue.com*.  Upon information and belief, Defendant JetBlue Airways Corporation regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.jetblue.com*.

21.     Upon information and belief, Defendant Frommer's Media LLC d/b/a FROMMERS.COM, located at 767 Third Avenue, New York, NY 10017, registers and uses the domain name *www.frommers.com*. Upon information and belief, Defendant John Wiley & Sons,

8

Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.frommers.com*.

22. Upon information and belief, Defendant Kayak Software Corporation d/b/a KAYAK.COM, located at 55 North Water Street, Suite 1, Norwalk, CT 06854, registers and uses the domain name *www.kayak.com*. Upon information and belief, Defendant Kayak Software Corporation regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.kayak.com*.

23. Upon information and belief, Defendant Kevin Tomlinson d/b/a KEVINTOMLINSON.COM, located at One Sotheby's International Realty, 119 Washington Avenue #102, Miami Beach, FL 33139, registers and uses the domain name *www.kevintomlinson.com*. Upon information and belief, Defendant Kevin Tomlinson regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.kevintomlinson.com*.

24. Upon information and belief, Defendant Kristine Hall d/b/a LUXURYRENTALSMIAMIBEACH.COM, located at 301 W 41st St #530, Miami Beach, FL 33140, registers and uses the domain name *www.luxuryrentalsmiamibeach.com*. Upon information and belief, Defendant Kristine Hall regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.luxuryrentalsmiamibeach.com*.

25. Upon information and belief, Defendant Linda Gustafson d/b/a LINDAGPROPERTIES.COM located at 119 Washington Ave, Miami Beach, FL 33139, registers and uses the domain name *www.lindagproperties.com*. Upon information and belief,

{04892/606459-000/01114958.1}

Defendant Linda Gustafson, PA regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.lindagproperties.com*.

26. Upon information and belief, Defendant Lorraine Travel d/b/a WHATAHOTEL.COM, located at 377 Alhambra Circle, Coral Gables, FL 33134, registers and uses the domain name *www.whatahotel.com*. Upon information and belief, Defendant Lorraine Travel regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.whatahotel.com*.

27. Upon information and belief, Defendant MySoBe.com d/b/a MYSOBE.COM, located at 918 Ocean Drive, Miami Beach, FL 33139, registers and uses the domain name to *www.mysobe.com*. Upon information and belief, Defendant MySoBe.com regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.mysobe.com*.

28. Upon information and belief, Defendant NetAdvantage.com d/b/a IHSADVANTAGE.COM, located at 2139 E. Primrose Springfield, MO 65804, registers and uses the domain name *www.ihsadvantage.com*. Upon information and belief, Defendant NetAdvantage.com regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.ihsadvantage.com*.

29. Upon information and belief, Defendant Orbitz Worldwide, LLC d/b/a ORBITZ.COM, located at 500 W. Madison St. 1000, Chicago, IL 60661, registers and uses the domain names *www.orbitz.com*. Upon information and belief, Defendant Orbitz Worldwide LLC regularly transacts or solicits business in the State of New York through, *inter alia*, websites resolving to *www.orbitz.com*.

{04892/606459-000/01114958.1}

30.     Upon information and belief, Defendant Questex Media Group LLC d/b/a FIVESTARALLIANCE.COM, located at 1900 L Street NW, Suite 401, Washington, DC 20036, registers and uses the domain name *www.fivestarallaince.com*.  Upon information and belief, Defendant Questex Media LLC regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.fivestaralliance.com*.

31.     Upon     information     and     belief,     Defendant     Cedora,     Inc.     d/b/a REALADVENTURES.COM, registers and uses the domain name *www.realadventures.com*, through proxy registration service that conceals its true domicile information.  After a diligent search, Plaintiff is informed and believes that Defendant Cedora, Inc. resides at 349 Newbury St. Suite 304, Boston, MA 02115.  Upon information and belief, Defendant Cedora, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.realadventures.com*.

32.     Upon information and belief, Defendant Reef & Rainforest Dive & Adventure Travel d/b/a REEFRAINFOREST.COM, located at 621 SW Mórrison Street, Suite 125, Portland, OR 97205, registers and uses the domain name *www.reefrainforest.com*.  Upon information and belief, Defendant Reef & Rainforest Dive & Adventure Travel regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.reefrainforest.com*.

33.     Upon information and belief, Defendant Setai Owners LLC d/b/a SETAI.COM d/b/a SETAI-REALTY.COM, located at 2001 Collins Avenue, Miami Beach, FL 33139, registers and uses the domain names *www.setai.com* and *www.setai-realty.com*.  Upon information and belief, Defendant Setai Owners LLC regularly transacts or solicits business in

11

the State of New York through, *inter alia*, websites resolving to *www.setai.com* and *www.setai-realty.com*

34.     Upon information and belief, Defendant Spa Finder Inc. d/b/a SPAFINDER.COM, located at 257 Park Ave. South, 10th Floor, New York, NY 10010, registers and uses the domain name *www.spafinder.com*. Upon information and belief, Defendant Spa Finder Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.spafinder.com*.

35.     Upon information and belief, Defendant The Leading Hotels of the World d/b/a LHW.COM, located at 485 Lexington Ave., Suite 401, New York, NY 10017, registers and uses the domain name *www.lhw.com*. Upon information and belief, Defendant The Leading Hotels of the World regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.lhw.com*.

36.     Upon information and belief, Defendant This Exit LLC d/b/a ROADSIDEAMERICA.COM, located at 23 Tenaya Lane, Novato, CA 94948, registers and uses the domain name *www.roadsideamerica.com*. Upon information and belief, Defendant This Exit LLC regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.roadsideamerica.com*.

37.     Upon information and belief, Defendant Track Entertainment d/b/a CLUBPLANET.COM, located at 435 Madison Ave, 21st Floor, New York, NY 10022, registers and uses the domain name *www.clubplanet.com*. Upon information and belief, Defendant Track Entertainment regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.clubplanet.com*.

12

38.     Upon information and belief, Defendant VacationIdea Inc. d/b/a VACATIONIDEA.COM, registers and uses the domain name *www.vacationidea.com*, through proxy registration service that conceals its true domicile information.  After a diligent search, Plaintiff is informed and believes that Defendant VacationIdea LLC resides at 68-1375 S Pauoa Rd F2, Kamuela, Hawaii 96743.  Upon information and belief, Defendant VacationIdea LLC regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.vacationidea.com*.

39.     Upon information and belief, Defendant Room77 d/b/a ROOM77.COM, located at 888 Villa St., Suite 300, Mountain View, CA 94041, registers and uses the domain name *www.room77.com*.  Upon information and belief, Defendant Room77 regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.room77.com*.

40.     Upon information and belief, Defendant Expedia, Inc. d/b/a EXPEDIA.COM, located at 333 108th Ave NE, Bellevue, WA 98004, registers and uses the domain name *www.expedia.com*.  Upon information and belief, Defendant Expedia, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.expedia.com*.

41.     Upon information and belief, Defendant Hotels.com GP LLC d/b/a HOTELS.COM d/b/a TRAVELNOW.COM, located at 5400 LBJ Freeway, Suite 500, Dallas, TX 75240, registers and uses the domain names *www.hotels.com* and *www.travelnow.com*.  Upon information and belief, Defendant Hotels.com GP LLC regularly transacts or solicits business in the State of New York through, *inter alia*, websites resolving to *www.hotels.com* and *www.travelnow.com*.

{04892/606459-000/01114958.1}

42.     Upon information and belief, Defendant Reservation Counter d/b/a RESERVATIONCOUNTER.COM, located at 8831 South Redwood Road, Suite D, West Jordan, Utah 84088, the domain name *www.reservationcounter.com*.   Upon information and belief, Defendant Reservation Counter transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.reservationcounter.com*.

43.     Upon information and belief, Defendant American Airlines, Inc. d/b/a AAVACATIONS.COM, located at P.O. Box 619616, DFW Airport, Texas 75261, registers and uses the domain name *www.aavacations.com*. Upon information and belief, Defendant American Airlines, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.aavacations.com*.

44.     Upon information and belief, Defendant Disney Enterprises, Inc. d/b/a go.com, located at 500 South Buena Vista Street, Burbank, CA 91521, registers and uses the domain name *www.go.com*. Upon information and belief, Defendant Disney Enterprises, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.go.com*.

45.     Upon information and belief, Defendant Gannett Satellite Information Network, Inc. d/b/a TRAVEL.USATODAY.COM, located at 7950 Jones Branch Dr., McLean, VA 22108, registers and uses the domain name  *travel.usatoday.com*.Upon information and belief, Defendant Gannett Satellite Information Network, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to  *travel.usatoday.com*.

46.     Upon information and belief, Defendant United Airlines Inc. d/b/a HOTELS.UNITED.COM, located at PO Box 66100, Chicago, IL 60666, registers and uses the domain name *hotels.united.com*. Upon information and belief, Defendant United Airlines, Inc.

14

regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *hotels.united.com*.

47. Upon information and belief, Defendant hotelsbyme.com d/b/a HOTELSBYME.COM, located at 16055 Space Center Blvd., Suite 235, Houston, TX 77062, registers and uses the domain name *www.hotelsbyme.com*. Upon information and belief, Defendant hotelsbyme.com regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.hotelsbyme.com*.

48. Upon information and belief, Defendant Time Inc. Lifestyle Group d/b/a COASTALLIVING.COM, located at 2100 Lakeshore Drive, Birmingham, AL 35209, registers and uses the domain name *www.coastalliving.com*. Upon information and belief, Defendant Time Inc. Lifestyle Group regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.coastalliving.com*.

49. Upon information and belief, Defendant Samir Patel d/b/a Miami Condo Realty, Inc. d/b/a SETAISOUTHBEACH.COM d/b/a SOUTHBEACBROKERS.COM, Inc., located at 2000 N Bayshore Drive Unit 807 Miami, FL 33137, registers and uses the domain names *www.miamicondorealty.com, www.setaisouthbeach.com*, and *www.southbeachbrokers.com*. Upon information and belief, Defendant Samir Patel d/b/a Miami Condo Realty, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, websites resolving to *www.miamicondorealty.com, www.setaisouthbeach.com*, and *www.southbeachbrokers.com*.

50. Upon information and belief, Defendant Daniel Hornek d/b/a MIAMICONDOSEARCH.COM d/b/a KAFKA-FRANZ.COM, located at 555 NE 15th Street, Suite #200, Miami, FL 33132, registers and uses the domain names *www.miamicondossearch.com* and *www.kafka-franz.com*. Upon information and belief,

15

Defendant Daniel Hornek regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.miamicondossearch.com* and *www.kafka-franz.com.*

51.     Upon information and belief, Defendant Signature Travel Network d/b/a SIGNATURETRAVELNETWORK.COM, located at 4640 Admiralty Way, Suite 306, Marina del Rey, CA 90292, registers and uses the domain name *www.signaturetravelnetwork.com*. Upon information and belief, Defendant Signature Travel Network regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.signaturetravelnetwork.com*

52.     Upon information and belief, Defendant Frosch International Travel, Inc. d/b/a FROSCHVACATIONS.COM, located at 1 Greenway Plaza, Suite 800, Houston, TX 77046, registers and uses the domain name *www.froschvacations.com*. Upon information and belief, Defendant Frosch International Travel, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.froschvacations.com*.

53.     Upon information and belief, Defendant Vacations By Tzell d/b/a WWW.VACATIONSBYTZELL.COM, located at 119 W. 40th Street, New York, NY 10018, registers and uses the domain name *www.vacationsbytzell.com*. Upon information and belief, Defendant Vacations by Tzell regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.vacationsbytzell.com.*

54.     Upon information and belief, Defendant Austin American Statesman d/b/a STATESMAN.COM, located at 305 S. Congress Avenue, Austin, TX 78704, registers and uses the domain name *www.statesman.com*. Upon information and belief, Defendant Austin American

{04892/606459-000/01114958.1}

Statesman regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.statesman.com.*

55.    Upon    information    and    belief,    Defendant    Sunny    Realty    d/b/a SUNNYISLESMIAMIREALESTATE.COM, located at 3873 N.E. 163rd Street, N. Miami Beach, FL 33160, registers and uses the domain name *www.sunnyislesmiamirealestate.com*. Upon information and belief, Defendant Sunny Realty regularly transacts or solicits business in the    State    of    New    York    through,    *inter    alia*,    a    website    resolving    to *www.sunnyislesmiamirealestate.com.*

56.    Upon information and belief, Defendant Zimbio, Inc. d/b/a ZIMBIO.COM, located at 41 East 11th Street, Floor 11, New York, NY 10003, registers and uses the domain name *www.zimbio.com*. Upon information and belief, Defendant Zimbio, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.zimbio.com.*

57.    Upon    information    and    belief,    Defendant    Andrew    Harper    d/b/a ANDREWHARPER.COM, located at 601 Oakmont Lane, Suite 450, Westmont, IL 60559, registers and uses the domain name *www.andrewharper.com*. Upon information and belief, Defendant Andrew Harper regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.zimbio.com.*

58.    Upon information and belief, Defendant Charles Kessler d/b/a A1-DISCOUNT-HOTELS.COM, located at 10440 North Central Expressway, Suite 400, Dallas, TX, 75231, registers and uses the domain name *www.a1-discount-hotels.com*. Upon information and belief, Defendant Charles Kessler regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.a1-discount-hotels.com.*

17

59. Upon information and belief, Defendant Helen Siew d/b/a HOTELSPEEDY.COM, located at 3109 Alfred St., Santa Clara, CA 95054, registers and uses the domain name *www.hotelspeedy.com*. Upon information and belief, Defendant Helen Siew regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.hotelspeedy.com.*

60. Upon information and belief, Defendant BookIt.Com Inc. d/b/a BOOKIT.COM, located at 14251 Panama City Beach Pkwy, Panama City Beach, FL 32413, registers and uses the domain name *www.bookit.com*. Upon information and belief, Defendant BookIt.Com Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.bookit.com*

61. Upon information and belief, Defendant Chictip.Com, LLC d/b/a CHICTIP.COM, located at 31 Gray St., Montclair, NJ 07042, registers and uses the domain name *www.chictip.com*. Upon information and belief, Defendant Chictip.Com, LLC regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.chictip.com*.

62. Upon information and belief, Defendant Turner Broadcasting System, Inc. d/b/a CNNGO.COM, located at One CNN Center 13N, Atlanta, GA 30303, registers and uses the domain name *www.cnngo.com*. Upon information and belief, Defendant Turner Broadcasting System, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.cnngo.com*.

63. Upon information and belief, Defendant Daniel Chestnut ECONOMYBOOKING.COM, located at 438 HWY FF, Jonesburg, Missouri 63351-2204, registers and uses the domain name *www.economybooking.com.* Upon information and belief,

Defendant Daniel Chestnut regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.economybooking.com.*

64.     Upon    information    and    belief,    Defendant    Escala    Vacations    d/b/a ESCALAVACATIONS.COM, located at 2332 Galiano Ave. Suite 119, Coral Gables, FL 33134, registers and uses the domain name *www.escalavacations.com.* Upon information and belief, Defendant Escala Vacations regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.escalavacations.com.*

65.     Upon information and belief, Defendant Farebuzz d/b/a FAREBUZZ.COM, located at 135 West 50th Street, Suite 504, New York, NY 10020, registers and uses the domain name *www.farebuzz.com.* Upon information and belief, Defendant Farebuzz regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.farebuzz.com.*

66.     Upon information and belief, Defendant Fareportal Inc. CHEAPOAIR.COM, located at 213 W 35th Street, Suite 1301, New York, NY 10001, registers and uses the domain name *www.cheapoair.com.* Upon information and belief, Defendant Fareportal Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.cheapoair.com.*

67.     Upon information and belief, Defendant Random House d/b/a FODORS.COM, located 1745 Broadway New York, NY 10019, registers and uses the domain name *www.fodors.com.* Upon information and belief, Defendant Random House regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.fodors.com.*

{04892/606459-000/01114958.1}

68.     Upon information and belief, Defendants Twentieth Century Fox Film Corporation d/b/a Fox News Network, LLC d/b/a FOXNEWS.COM, located 1211 Avenue of the America, 15th Floor, New York, NY 10036, registers and uses the domain name *www.foxnews.com.* Upon information and belief, Defendants Fox News Network, LLC and Twentieth Century Fox Film Corporation regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.foxnews.com.*

69.     Upon information and belief, Defendant GETAROOM.COM d/b/a GETAROOM.COM, located 3010 LBJ Freeway, Suite 1550, Dallas TX 75234, registers and uses the domain name *www.getaroom.com.* Upon information and belief, Defendant GETAROOM.COM regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.getaroom.com.*

70.     Upon information and belief, Defendant Gogobot, Inc. d/b/a GOGOBOT.COM, located 650 Live Oak Ave. Menlo Park, CA 94025, registers and uses the domain name *www.gogobot.com.* Upon information and belief, Defendant Gogobot, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.gogobot.com.*

71.     Upon information and belief, Defendant Haute Living d/b/a HAUTELIVING.COM, located at 110 Greene St. Suite 1104, New York, NY 10012 registers and uses the domain name *www.hauteliving.com.* Upon information and belief, Defendant Haute Living regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.hauteliving.com.*

72.     Upon information and belief, Defendant Hipmunk, Inc. d/b/a HIPMUNK.COM, located at 434 Brannan St., 1st Floor, San Francisco, CA 94107, registers and uses the domain

20

name *www.hipmunk.com.* Upon information and belief, Defendant Hipmunk, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.hipmunk.com.*

73.    Upon information and belief, Defendant HotelGuides.com, Inc. d/b/a HOTELGUIDES.COM, located at PO Box 13318, Charleston, SC 29422, registers and uses the domain name *www.hotelguides.com.* Upon information and belief, Defendant HotelGuides.com, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.hotelguides.com.*

74.    Upon information and belief, Defendant Market Es Inc. d/b/a HOTELS-AND-DISCOUNTS.COM, located at 2295 S. Hiawassee Rd. Ste. 208 Orlando, FL 32835, registers and uses the domain name *www.hotels-and-discounts.com.* Upon information and belief, Defendant Market Es Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.hotels-and-discounts.com.*

75.    Upon information and belief, Defendant HotelsTravel.com d/b/a HOTELSTRAVEL.COM, located at 99 West Hawthorne Ave. Suite 420, Valley Stream, NY, US 11580, registers and uses the domain name *www.HotelsTravel.com.* Upon information and belief, Defendant HotelsTravel.com regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.HotelsTravel.com.*

76.    Upon information and belief, Defendant TheHuffingtonPost.com, Inc. d/b/a HUFFINGTONPOST.COM, located at 560 Broadway, 405 New York, NY 10012, registers and uses the domain name *www.huffingtonpost.com.* Upon information and belief, Defendant TheHuffingtonPost.com, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.huffingtonpost.com.*

{04892/606459-000/01114958.1}

77.    Upon information and belief, Defendant Esteban Oliverez d/b/a INSANELYCHEAPFLIGHTS.COM, located at 1050 East Flamingo Road, Suite S-302 Las Vegas, NV 89119, registers and uses the domain name *www.insanelycheapflights.com.* Upon information and belief, Defendant Esteban Oliverez regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.insanelycheapflights.com.*

78.    Upon information and belief, Defendant Luxemont, LLC d/b/a JUSTLUXE.COM, located at 501 W Broadway Plaza A #321 San Diego, CA 92101, registers and uses the domain name *www.justluxe.com.* Upon information and belief, Defendant Luxemont, LLC regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.justluxe.com.*

79.    Upon information and belief, Defendant Lesueur Interiors d/b/a LESUEURINTERIORSBLOG.COM, located at 215 E 22nd Street Houston, TX 77008, registers and uses the domain name *www.lesueurinteriorsblog.com.* Upon information and belief, Defendant Lesueur Interiors regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.lesueurinteriorsblog.com.*

80.    Upon information and belief, Defendant Lonely Planet Global, Inc. d/b/a LONELYPLANET.COM, located at 150 Linden St., Oakland, CA 94607 registers and uses the domain name *www.lonelyplanet.com.* Upon information and belief, Defendant Lonely Planet Global, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.lonelyplanet.com.*

81.    Upon information and belief, Defendant Luxe Travel, LLC d/b/a LUXETRAVEL.COM, located at 1004 E. Ogden Ave. Milwaukee, WI 53202, registers and uses the domain name *www.luxetravel.com.* Upon information and belief, Defendant Luxe Travel,

22

LLC regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.luxetravel.com.*

82.     Upon information and belief, Defendant Luxury Travel Media d/b/a LUXURYTRAVELMAGAZINE.COM, located at PO Box 7246 Fairfax Station, VA 22039-7246, registers and uses the domain name *www.luxurytravelmagazine.com.* Upon information and belief, Defendant Luxury Travel Media regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.luxurytravelmagazine.com.*

83.     Upon information and belief, Defendant Metro Travel Guide d/b/a METROTRAVELGUIDE.COM, located at 2139 East Primrose Springfield, MO 65804, registers and uses the domain name *www.metrotravelguide.com.* Upon information and belief, Defendant Metro Travel Guide regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.metrotravelguide.com.*

84.     Upon information and belief, Defendant Miami New Times, LLC d/b/a MIAMINEWTIMES.COM, located at 2750 NW 3rd Ave, Suite 24, Miami, FL 33127, registers and uses the domain name *www.miaminewtimes.com.* Upon information and belief, Defendant Miami New Times, LLC regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.miaminewtimes.com.*

85.     Upon information and belief, Defendant Mobissimo Inc. d/b/a MOBISSIMO.COM, located at 631 Howard Street, Suite 520, San Francisco, CA 94105, registers and uses the domain name *www.mobissimo.com.* Upon information and belief, Defendant Mobissimo Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.mobissimo.com.*

{04892/606459-000/01114958.1}

86.     Upon information and belief, Defendant NexTag, Inc. d/b/a NEXTAG.COM, located at 2955 Campus Drive, 3rd Floor, San Mateo, CA 94403, registers and uses the domain name *www.nextag.com.* Upon information and belief, Defendant NexTag, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.nextag.com.*

87.     Upon information and belief, Defendant The Nile Project, Inc. d/b/a NILEGUIDE.COM, located at 251 Rhode Island St. Suite 202 San Francisco, CA 94103, registers and uses the domain name *www.nileguide.com.* Upon information and belief, Defendant The Nile Project, Inc. regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.nileguide.com.*

88.     Upon information and belief, Defendant Refinery29 d/b/a REFINERY29.COM, located at 225 Broadway, New York, NY 10007, registers and uses the domain name *www.refinery29.com.* Upon information and belief, Defendant Refinery29 regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www. refinery29.com.*

89.     Upon information and belief, Defendant Joe Mazzarella d/b/a ROOMRATE.COM, located at 110 Doyle Road, Tolland, CT 06084, registers and uses the domain name *www.roomrate.com.* Upon information and belief, Defendant Joe Mazzarella regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.roomrate.com.*

90.     Upon information and belief, Defendant Travelocity.com LP d/b/a TRAVELOCITY.COM, located at 3150 Sabre Dr., Southlake, TX 76092, registers and uses the domain name *www.travelocity.com.* Upon information and belief, Defendant Travelocity.com LP

24

regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.travelocity.com.*

91.     Upon information and belief, Defendant TripAdvisor LLC d/b/a TRIPADVISOR.COM, located at 141 Needham Street, Newton, MA 02464, registers and uses the domain name *www.tripadvisor.com.* Upon information and belief, Defendant TripAdvisor LLC regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.tripadvisor.com.*

92.     Upon information and belief, Defendant Tablet Inc. d/b/a TABLETHOTELS.COM, located at 6 West 18th Street, 3rd Floor, New York, NY 10011, registers and uses the domain name *www.tablethotels.com.* Upon information and belief, Defendant Tablet regularly transacts or solicits business in the State of New York through, *inter alia*, a website resolving to *www.tablethotels.com.*

## FACTUAL BACKGROUND

93.     Over the years, Junior Lee has established a widely successful business in travel and hotel photography worldwide. She has photographed The Setai Miami - USA, The Heritage House Mendocino - USA, The Chedi Milan - Italy, The Leela Goa - India, The Chedi Muscat - Oman, The Nam Hai Hoi An - Vietnam, The Chedi Chiang Mai - Thailand, The Chedi Phuket - Thailand, The Datai Langkawi - Malaysia, The Andaman Langkawi - Malaysia, The Saujana Kuala Lumpur - Malaysia, The Club at The Saujana Kuala Lumpur - Malaysia, Carcosa Seri Negara Kuala Lumpur - Malaysia, The Legian Seminyak - Bali, The Club at The Legian Seminyak - Bali, The Chedi Club Ubud - Bali, The Serai Club Jimbaran - Bali, The Lalu Sun Moon Lake - Taiwan, Langsuan Apartment Bangkok - Thailand, Seah St. Apartment - Singapore, GHM Boutique Products - Singapore, The Fullerton Hotel - Singapore, Raffles Hotel

- Singapore, La Pari-Pari Hotel Langkawi - Malaysia, and Four Seasons Great Exuma - Bahamas. Her photographs are highly sought after works of art that businesses worldwide routinely display in the course of promoting their facilities, custom and trade.

94.     The nature of Ms. Lee's photography business is promotional in nature. Generally, Ms. Lee is commissioned by her clientele to photograph certain items, personnel, sites, or facilities, modify the images as necessary, and deliver the final product to her clientele for approval. Ms. Lee is usually compensated via the client's purchase of marketing materials that incorporate her photographs (*i.e.,* the client purchases the marketing materials designed and manufactured by Ms. Lee, inclusive of a license to distribute the marketing materials created by Ms. Lee -- not the underlying photographs).

95.     Ms. Lee specifically reserves all rights to her works that are not otherwise purchased by her client. One of the rights she reserves is the ownership of the photographs (including the copyright in and to the same).

96.     From December 2000, Ms. Lee was exclusively commissioned by GHM to shoot a series of photographs at the Hotels for advertising, promotion and documentation purposes ("Hotel Photographs"). Specifically, Ms. Lee and GHM entered an agreement under which GHM would arrange for Ms. Lee to photograph certain hotel properties, and the hotels themselves would compensate Ms. Lee for her work.

97.     On or around August 2003, Ms. Lee submitted her Hotel Photographs to GHM as agreed. GHM accepted the Hotel Photographs but repeatedly refused to honor its payment obligation without cause. Ultimately, after litigation, GHM and Ms. Lee amicably resolved the dispute.

{04892/606459-000/01114958.1}

98.     The settlement between GHM and Ms. Lee did not include the transfer of any rights to GHM concerning the Hotel Photographs, which rights remained exclusively owned by Ms. Lee.  Moreover, the settlement did not include a license for GHM to distribute the Hotel Photographs to third parties for use in promotion of GHM's businesses.

99.     Aside from her legal counsel and certain government agencies, Ms. Lee did not disclose the Hotel Photographs to anyone other than GHM or otherwise allow them to be publically disseminated in any manner, including on the Internet.

100.    Ms. Lee, through various business entities (including, but not limited to, Wave-s, The Wave Pte. Ltd. and The Wave Design Pte. Ltd.) obtained copyright registrations from the United States Copyright Office for the Hotel Photographs (collectively and individually, "Copyrighted Works").  True and correct copies of registration certificates for the Copyrighted Works are attached hereto as **Exhibit 1**.

| **Registration Number** | **Title of Work** |
|---|---|
| VAu 1-055-458 | The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 – setai803 |
| VAu 1-055-459 | The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai960 – setai1179 |
| VAu 1-057-927 | The Wave Pte. Unpublished setai 182 |
| VAu 1-060-180 | The Wave Design Pte. Ltd. unpublished setai0183; 0184 |
| VAu 1-060-182 | Wave-s unpublished setai959 |
| VA 1-432-324 | Wave-s Photographs 2001 |
| VA 1-432-325 | Wave-s Photographs 2002 |
| VA 1-432-326 | The Wave Design Pte. Ltd. Photographs 2007(A) |
| VA 1-432-327 | The Wave Design Pte. Ltd. Photographs 2007 (B) |

27

| VA 1-432-328 | Wave-s Photographs 2003 |
| VA 1-432-329 | Wave-s Photographs 2004 |
| VA 1-432-330 | The Wave Design Pte. Ltd. Photographs 2006 |
| VA 1-432-331 | The Wave Pte. Ltd. Photographs 2005 (A) |
| VA 1-432-332 | The Wave Design Pte. Ltd. Photographs 2005 |
| VA 1-432-336 | Wave-s Photographs 2002 (B) |
| VA 1-758-524 | Wave-s Photographs 2004 (B) |
| VA 1-765-854 | The Wave Design Pte. Ltd. published legian 121 |

101. On November 11, 2011, Ms. Lee assigned all right, title and interest in and to the Copyrighted Works to Plaintiff.

102. Plaintiff has never assigned or otherwise transferred any interest in and to the Copyrighted Works to any Defendant identified herein or otherwise dedicated them to the public.

103. Upon information and belief, GHM has reproduced and distributed the Hotel Photographs that are the subject of the Copyrighted Works to Defendants without consent, authorization or appropriate acknowledgement from Plaintiff or Junior Lee.

104. Upon information and belief, GHM materially contributed to Defendants' infringement of Plaintiff's Copyrighted Works by disseminating the Hotel Photographs to Defendants.

105. Unsurprisingly, after GHM circulated the Hotel Photographs to its business partners, including, but not limited to, all Defendants named herein, Defendants reproduced, displayed and/or distributed Plaintiff's Hotel Photographs on and through various travel, hotel and realty websites. Indeed, upon information and belief, GHM provided Defendants with the

{04892/606459-000/01114958.1}

Hotel Photographs knowing and/or anticipating that the Hotel Photographs would be publicized on travel, hotel and realty websites and would generate revenue for GHM's business.

106.    Upon information and belief, GHM Hotel Photographs purposefully disseminated the Hotel Photographs, thereby inducing Defendants to violate Plaintiff's rights in the Hotel Photographs to drive interest to the properties featured in the Hotel Photographs, all for GHM's own commercial gain.

107.    Upon information and belief, Defendant GHM provided Defendant VFM with digital reproductions of the Hotel Photographs. Upon information and belief, VFM thereafter held itself out to the public and/or its customers as (i) the author of the Hotel Photographs, (ii) and/or as having rights to Plaintiff's Hotel Photographs that are the subject of the Copyrighted Works. Upon further information and belief, VFM contracted and/or conspired with one or more of the other Defendants to create the appearance that VFM controlled rights to Plaintiff's Copyrighted Works. True and correct copies of representative websites displaying Plaintiff's Copyrighted Works provided by VFM are hereto attached as **Exhibit 2**.

108.    Upon information and belief, VFM, without the consent of Plaintiff, controlled the unauthorized distribution of the Hotel Photographs by reproducing, displaying and distributing one or more copies of Plaintiff's Hotel Photographs to its customers, including to certain Defendants, for purposes of trade, including promoting bookings and receiving compensation for its efforts in that regard.

109.    Upon information and belief, VFM's distribution, display and reproduction of the Hotel Photographs resulted in VFM's own commercial gain.

110.    Defendants did not seek, nor have they ever sought, Plaintiff or Junior Lee's permission to utilize the Hotel Photographs.

29

111.     Despite having no permission, consent or license to do so from Plaintiff, Defendants have and continue to use the Hotel Photographs and have not compensated Plaintiff for such use.

112.     Upon information and belief, the Hotel Photographs that are the subject of the Copyrighted Works have been seen and continue to be seen by hundreds of thousands of users on a daily basis.

113.     Upon information and belief, Defendants have utilized the Hotel Photographs for purposes of trade, including promoting and advertising the bookings to the boutique and high-end hotels featured in those Works, thus realizing millions of dollars in revenue.

### First Claim for Relief
### Copyright Infringement Against All Defendants
### (17 U.S.C. § 101 *et. seq.*)

114.     Plaintiff repeats and realleges by reference each and every allegation contained in paragraphs 1 through 115 above.

115.     Defendants have directly, vicariously or contributorily infringed Plaintiff's Hotel Photographs that are the subject of the Copyrighted Works by reproducing, displaying, or distributing unauthorized copies of Plaintiff's photographs in violation of 17 U.S.C. § 501 *et seq.* One or more Defendants have further induced the infringement of Plaintiff's Copyrighted Works by others.

116.     Each of the Defendants, either directly or indirectly, copied Plaintiff's entire images for its own personal commercial gain.   Moreover, Defendants' use of the Hotel Photographs are for the exact same purpose as Plaintiff's intended use – to be used to promote and market hotel properties and destination locations; thus, there is no added benefit to the public from having Defendants display Plaintiff's Hotel Photographs.

{04892/606459-000/01114958.1}

117.     Specifically, without authorization or consent, Defendant About, Inc. d/b/a *www.about.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-060-182, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332, VA 1-825-429, and VA 1-758-524.    True and correct copies of Defendant About, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 3**.

118.     Without authorization or consent, Defendant Lexyl Travel Technologies d/b/a *www.hotelplanner.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-331, VA 1-432-332, and VA 1-758-524.    True and correct copies of Defendant Lexyl Travel Technologies' website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 4**.

119.     Without authorization or consent, Defendant Alliance Reservations Network d/b/a *www.reservetravel.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos., VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332.    True and correct copies of Defendant Alliance Reservations Network's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 5**.

120.     Without authorization or consent, Defendant Ana Christina Marun d/b/a *www.vipluxuryrentals.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-331.    True and correct copies of Defendant Ana Christina Marun's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 6**.

31

121.    Without authorization or consent, Defendant Budgetworks, Inc. d/b/a *www.setaicondorentals.com* has reproduced, displayed, or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Budgetworks, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 7**.

122.    Without authorization or consent, Defendant Delta Airlines d/b/a *www.delta.com* has reproduced, displayed, or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-060-182, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and correct copies of Defendant Delta Airlines's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 8**.

123.    Without authorization or consent, Defendant Esslinger Wooten Maxwell, Inc. d/b/a *www.nelsongonzalez.com* has reproduced, displayed, or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Esslinger Wooten Maxwell, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 9**.

124.    Without authorization or consent, Defendant i4Sites d/b/a *www.i4sanur.com* has reproduced, displayed, or distributed Plaintiff's Copyrighted Works of Registration No. VA 1-432-329. True and correct copies of Defendant i4Sites's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 10**.

125.    Without authorization or consent, Defendant Jet Set Omnimedia d/b/a *www.jetsetreport.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-331 and VA 1-432-332, True and correct copies of Defendant Jet

32

Set Omnimedia's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 11**.

126.    Without authorization or consent, Defendant JetBlue Airways Corporation d/b/a *www.jetblue.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524.   True and correct copies of Defendant JetBlue Airways Corporation's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 12.**

127.    Without    authorization    or    consent,    Defendant    Frommer    Media    d/b/a *www.frommers.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332.    True and correct copies of Defendant Frommer Media's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 13**.

128.    Without authorization or consent, Defendant Kayak Software Corporation d/b/a *www.kayak.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-060-182, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524.    True and correct copies of Defendant Kayak Software Corporation's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 14**.

129.    Without    authorization    or    consent,    Defendant    Kevin    Tomlinson    d/b/a *www.kevintomlinson.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-055-458 and VA 1-432-331.   True and correct copies of Defendant

33

Kevin Tomlinson's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 15**.

130. Without authorization or consent, Defendant Kristine Hall d/b/a *www.luxuryrentalsmiamibeach.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and correct copies of Defendant Kristine Hall's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 16**.

131. Without authorization or consent, Defendant Linda Gustafson d/b/a *www.lindagproperties.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-055-458, VAu 1-057-927, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-758-524. True and correct copies of Defendant Linda Gustafson's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 17**.

132. Without authorization or consent, Defendant Lorraine Travel d/b/a *www.whatahotel.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-326 and VA 1-432-331. True and correct copies of Defendant Lorraine Travel's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 18**.

133. Without authorization or consent, Defendant MySoBe.com d/b/a/ *www.mysobe.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and correct copies of

34

Defendant MySoBe.com's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 19**.

134. Without authorization or consent, Defendant Netadvantage.com d/b/a/ *www.ihsadvantage.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-329 and VA 1-432-331. True and correct copies of Defendant Netadvantage.com's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 20**.

135. Without authorization or consent, Defendant Orbitz Worldwide LLC d/b/a *www.orbitz.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and correct copies of Defendant Orbitz Worldwide LLC's websites demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 21**.

136. Without authorization or consent, Defendant Questex Media LLC d/b/a *www.fivestaralliance.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and correct copies of Defendant Questex Media LLC's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 22**.

137. Without authorization or consent, Defendant Cedora, Inc. d/b/a *www.realadventures.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-329 and VA 1-432-332. True and correct copies of Defendant

{04892/606459-000/01114958.1}

Cedora, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 23**.

138. Without authorization or consent, Defendant Reef & Rainforest Dive & Adventure Travel d/b/a *www.reefrainforest.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-324 and VA 1-432-329. True and correct copies of Defendant Reef & Rainforest Dive & Adventure Travel's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 24**.

139. Without authorization or consent, Defendant Setai Owners LLC d/b/a *www.setai.com* d/b/a *www.setai-realty.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-055-459, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and correct copies of Defendant Setai Owners LLC's websites demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 25**.

140. Without authorization or consent, Defendant Spa Finder, Inc. d/b/a/ *www.spafinder.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-060-182, VA 1-432-326, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Spa Finder, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 26**.

141. Without authorization or consent, Defendant The Leading Hotels of the World d/b/a *www.lhw.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331 and VA 1-432-332. True and correct copies of Defendant The Leading Hotels of

36

the World's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 27**.

142.    Without    authorization    or    consent,    Defendant    This    Exit    LLC    d/b/a _www.roadsideamerica.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331 and VA 1-432-332. True and correct copies of Defendant This Exit LLC's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 28**.

143.    Without    authorization    or    consent,    Defendant    Track    Entertainment    d/b/a _www.clubplanet.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-057-927, VA 1-432-330, and VA 1-432-331.  True and correct copies of Defendant Track Entertainment's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 29**.

144.    Without    authorization    or    consent,    Defendant    Vacation    Idea    Inc.    d/b/a _www.vacationidea.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-329 VA 1-432-331, and VA 1-432-332.  True and correct copies of Defendant Vacation Idea LLC's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 30**.

145.    Without authorization or consent, Defendant Room77 d/b/a _www.room77.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-825-429, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332 and VA 1-758-524.  True and correct

{04892/606459-000/01114958.1}

copies of Defendant Room77's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 31**.

146. Without authorization or consent, Defendant Expedia, Inc. d/b/a *www.expedia.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332 and VA 1-758-524. True and correct copies of Defendant Expedia, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 32**.

147. Without authorization or consent, Defendant Hotels.com GP LLC *d/b/a www.hotels.com d/b/a www.travelnow.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332 and VA 1-758-524. True and correct copies of Defendant Hotels.com GP LLC's websites demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 33**.

148. Without authorization or consent, Defendant Reservation Counter *d/b/a www.reservationcounter.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332 and VA 1-758-524. True and correct copies of Defendant Reservation Counter's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 34**.

149. Without authorization or consent, Defendant American Airlines, Inc. d/b/a *www.aavacations.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-060-182, VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-

{04892/606459-000/01114958.1}

329, VA 1-432-330, VA 1-432-331, VA 1-432-332 and VA 1-758-524. True and correct copies of Defendant American Airlines, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 35**.

150. Without authorization or consent, Defendant Disney Enterprises, Inc. d/b/a *www.go.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration No. VA 1-432-331. True and correct copies of Defendant Disney Enterprises, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 36**.

151. Without authorization or consent, Defendant Gannett Satellite Information Network, Inc. d/b/a *travel.usatoday.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-329 and VA 1-432-332. True and correct copies of Defendant Gannett Satellite Information Network, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 37**.

152. Without authorization or consent, Defendant United Airlines Inc. d/b/a *hotels.united.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 0001825264, VA 1-758-524, VA 1-825-429, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-758-524 and VA 1-432-332. True and correct copies of Defendant United Airlines Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 38**.

153. Without authorization or consent, Defendant hotelsbyme.com d/b/a *www.hotelsbyme.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-758-524, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327,

VA 1-432-328, VA 1-432-329, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant hotelsbyme.com's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 39**.

154. Without authorization or consent, Defendant Time Inc. Lifestyle Group d/b/a *www.coastalliving.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration No. VA 1-432-331. True and correct copies of Defendant Time Inc. Lifestyle Group's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 40**.

155. Without authorization or consent, Defendant Samir Patel d/b/a *www.miamicondorealty.com, www.setaisouthbeach.com*, and *www.southbeachbrokers.com*. has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-331 and VA 1-432-332. True and correct copies of Defendant Samir Patel's websites demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 41**.

156. Without authorization or consent, Defendant Daniel Hornek d/b/a *www.miamicondossearch.com* and *www.kafka-franz.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-332. True and correct copies of Defendant Daniel Hornek's websites demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 42.**

157. Without authorization or consent, Defendant Signature Travel Network d/b/a *www.signaturetravelnetwork.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-331. True and correct copies of Defendant Signature Travel Network's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 43**.

40

158.    Without authorization or consent, Defendant Frosch International Travel, Inc. d/b/a *www.froschvacations.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-329, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and correct copies of Defendant Frosch International Travel, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 44**.

159.    Without authorization or consent, Defendant Vacations By Tzell d/b/a *www.vacationsbytzell.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration No. VA 1-432-329, VA 1-432-331, VA 1-432-332 and VA 1-758-524. True and correct copies of Defendant Libehr Associates, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 45**.

160.    Without authorization or consent, Defendant Austin American Statesman d/b/a *www.statesman.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration No. VA 1-432-332.   True and correct copies of Defendant Austin American Statesman's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 46**.

161.    Without authorization or consent, Defendant Sunny Realty d/b/a *www.sunnyislesmiamirealestate.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-331. True and correct copies of Defendant Sunny Realty's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 47**.

162.    Without authorization or consent, Defendant Zimbio, Inc. d/b/a *www.zimbio.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration No. VA

41

1-432-329. True and correct copies of Defendant Zimbio, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 48**.

163.    Without authorization or consent, Defendant Charles Kessler d/b/a _www.al-discount-hotels.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-329 and VA 1-432-331, VA 1-758-524. True and correct copies of Defendant Charles Kessler's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 49**.

164.    Without authorization or consent, Defendant Andrew Harper, LLC d/b/a _www.andrewharper.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Andrew Harper, LLC's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 50**.

165.    Without authorization or consent, Defendant BookIt.Com Inc. d/b/a _www.bookit.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332 and VA 1-758-524. True and correct copies of Defendant BookIt.Com Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 51**.

166.    Without authorization or consent, Defendant Chictip.Com, LLC d/b/a _www.chictip.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-331. True and correct copies of Defendant Chictip.Com, LLC's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 52**.

42

167.    Without authorization or consent, Defendant Turner Broadcasting System, Inc. d/b/a *www.cnngo.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration No. VA 1-432-326. True and correct copies of Defendant Turner Broadcasting System, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 53**.

168.    Without authorization or consent, Defendant Daniel Chestnut d/b/a *www.economybooking.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-825-429, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Daniel Chestnut's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 54**.

169.    Without authorization or consent, Defendant Escala Vacations d/b/a *www.escalavacations.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA0001825264, VA 0001829021, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Escala Vacations's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 55**.

170.    Without authorization or consent, Defendant Farebuzz d/b/a *www.farebuzz.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA0001825264, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and correct copies of Defendant Farebuzz's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 56**.

43

171.     Without   authorization   or   consent,   Defendant   Fareportal   Inc.   d/b/a
*www.cheapoair.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of
Registration Nos. VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328,
VA 1-432-329, VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and
correct copies of Defendant Fareportal Inc.'s website demonstrating its unauthorized use of
Plaintiff's Copyrighted Works are attached as **Exhibit 57**.

172.     Without   authorization   or   consent,   Defendant   Random   House   d/b/a
*www.fodors.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of
Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329,
VA 1-825-429, VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and
correct copies of Defendant Random House's website demonstrating its unauthorized use of
Plaintiff's Copyrighted Works are attached as **Exhibit 58**.

173.     Without authorization or consent, Defendant Fox News Network, LLC
and Twentieth Century Fox Film Corporation d/b/a *www.foxnews.com* has reproduced, displayed
or distributed Plaintiff's Copyrighted Works of Registration No. VA 1-432-326. True and correct
copies of Defendant Fox News Network, LLC's and Twentieth Century Fox Film Corporation's
website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as
**Exhibit 59**.

174.     Without   authorization   or   consent,   Defendant   Getaroom.Com   d/b/a
*www.getaroom.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of
Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-331,
VA 1-432-332, and VA 1-758-524. True and correct copies of Defendant Getaroom.Com's

44

website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 60**.

175. Without authorization or consent, Defendant Gogobot, Inc. d/b/a *www.gogobot.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-330, VA 1-432-331, VA 1-432-332, and VA 1-758-524. True and correct copies of Defendant Gogobot, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 61**.

176. Without authorization or consent, Defendant Haute Living d/b/a *www.hauteliving.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-331 and VA 1-432-332. True and correct copies of Defendant Haute Living's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 62**.

177. Without authorization or consent, Defendant Hipmunk, Inc. d/b/a *www.hipmunk.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-825-429, VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Hipmunk, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 63**.

178. Without authorization or consent, Defendant HotelGuides.com, Inc. d/b/a *www.hotelguides.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-825-429, VA 1-758-524, VA 1-432-326, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant HotelGuides.com,

{04892/606459-000/01114958.1}

Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 64**.

179. Without authorization or consent, Defendant Market Es Inc. d/b/a _www.hotels-and-discounts.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-825-429, VA 1-758-524, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Market Es Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 65**.

180. Without authorization or consent, Defendant Helen Siew d/b/a _www.hotelspeedy.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Helen Siew's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 66**.

181. Without authorization or consent, Defendant HotelsTravel.com d/b/a _www.HotelsTravel.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant HotelsTravel.com's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 67**.

182. Without authorization or consent, Defendant TheHuffingtonPost.com, Inc. d/b/a _www.huffingtonpost.com_ has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant TheHuffingtonPost.com, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 68**.

46

183. Without authorization or consent, Defendant Esteban Oliverez d/b/a *www.insanelycheapflights.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-825-429, VA 1-758-524, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Esteban Oliverez's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 69**.

184. Without authorization or consent, Defendant Luxemont, LLC d/b/a *www.justluxe.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-758-524, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Luxemont, LLC's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 70**.

185. Without authorization or consent, Defendant Lesueur Interiors d/b/a *www.lesueurinteriorsblog.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-326, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Lesueur Interiors's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 71**.

186. Without authorization or consent, Defendant Lonely Planet Global, Inc. d/b/a *www.lonelyplanet.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-060-182, VA 1-825-429, VA 1-758-524, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Lonely Planet Global, Inc.'s

{04892/606459-000/01114958.1}

website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 72**.

187.    Without authorization or consent, Defendant Luxe Travel, LLC d/b/a *www.luxetravel.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-060-182, VA 1-758-524, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Luxe Travel, LLC's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 73**.

188.    Without authorization or consent, Defendant Luxury Travel Media d/b/a *www.luxurytravelmagazine.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-758-524, VAu 1-055-458, VA 1-432-324, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, VA 1-432-331 and VA -432-336. True and correct copies of Defendant Luxury Travel Media's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 74**.

189.    Without authorization or consent, Defendant Metro Travel Guide d/b/a *www.metrotravelguide.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-329, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Metro Travel Guide's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 75**.

190.    Without authorization or consent, Defendant Miami New Times, LLC d/b/a *www.miaminewtimes.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VAu 1-055-458, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Miami New Times, LLC's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 76**.

{04892/606459-000/01114958.1}

191. Without authorization or consent, Defendant Mobissimo Inc. d/b/a *www.mobissimo.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-326, VA 1-432-328 and VA 1-432-332. True and correct copies of Defendant Mobissimo Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 77**.

192. Without authorization or consent, Defendant NexTag, Inc. d/b/a *www.nextag.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant NexTag, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 78**.

193. Without authorization or consent, Defendant The Nile Project, Inc. d/b/a *www.nileguide.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration No. VA 1-432-329, VA 1-432-331, VA 1-432-332, and VAu 1-060-182. True and correct copies of Defendant The Nile Project, Inc.'s website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 79**.

194. Without authorization or consent, Defendant Refinery29 d/b/a *www.refinery29.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration No. VA 1-432-331. True and correct copies of Defendant Refinery29's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 80**.

195. Without authorization or consent, Defendant Joe Mazzarella d/b/a *www.roomrate.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-845-429, VA 1-432-326, VA 1-432-329, VA 1-432-331, and VA 1-432-

49

332. True and correct copies of Defendant Joe Mazzarella's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 81**.

196. Without authorization or consent, Defendant Travelocity.com LP d/b/a *www.travelocity.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-825-429, VA 1-432-325, VA 1-432-326, VA 1-432-328, VA 1-432-329, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Travelocity.com LP's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 82**.

197. Without authorization or consent, Defendant TripAdvisor LLC d/b/a *www.tripadvisor.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-825-429, VA 1-432-325, VA 1-432-326, VA 1-432-327, VA 1-432-328, VA 1-432-329, VA 1-432-330, and VA 1-432-331. True and correct copies of Defendant TripAdvisor LLC's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 83**.

198. Without authorization or consent, Defendant Tablet d/b/a *www.tablethotels.com* has reproduced, displayed or distributed Plaintiff's Copyrighted Works of Registration Nos. VA 1-758-524, VA 1-432-326, VA 1-432-329, VA 1-432-330, VA 1-432-331, and VA 1-432-332. True and correct copies of Defendant Tablet's website demonstrating its unauthorized use of Plaintiff's Copyrighted Works are attached as **Exhibit 84**.

199. Each Defendant's infringement of Plaintiff's rights in and to each of the Copyrighted Works constitutes a separate and distinct act of infringement.

200. Upon information and belief, Defendants knew or should have known that their acts constituted copyright infringement.

{04892/606459-000/01114958.1}

201.    Defendants' conduct was willful within the meaning of the Copyright Act.

202.    Plaintiff has been damaged by Defendants' conduct, including, but not limited to economic losses.  Plaintiff continues to be damaged by such conduct, and has no adequate remedy at law to compensate the Plaintiff for all the possible damages stemming from the Defendants' conduct.

203.    Because of the willful nature of the Defendants' conduct, Plaintiff is entitled to an award of statutory damages for each instance of copyright infringement by each Defendant, in lieu of recovery of exemplary damages, attorney's fees, and all associated costs.

### Second Claim for Relief
### Contributory Copyright Infringement Against GHM

204.    Plaintiff repeats and realleges by reference each and every allegation contained in paragraphs 1 through 205 above.

205.    GHM was aware of Plaintiff's rights in and to the Hotel Photographs, having contracted with Plaintiff to take the pictures.

206.    Upon information and belief, GHM, without the consent of Plaintiff, distributed the Hotel Photographs to Defendants.

207.    By providing the Hotel Photographs to Defendants for distribution and permitting unfettered access to the Hotel Photographs, GHM materially contributed to Defendants' infringement of Plaintiff's copyrights.

208.    GHM knew or should have known that Defendants would copy and publish the Hotel Photographs.

209.    By allowing Defendants access to the Hotel Photographs, GHM induced, permitted, caused, contributed to and/or encouraged Defendants to continue using Plaintiff's

51

Hotel Photographs without Plaintiff's permission and without giving Plaintiff credit or paying Plaintiff royalties for the Hotel Photographs.

210. GHM knew and/or should have known that the Hotel Photographs it was providing to third parties, would be used, published and disseminated on high-trafficked websites and in widely circulated promotional materials.

211. GHM's misconduct was willful and/or intentional and with knowledge of both Plaintiff's rights and Defendants' infringement of said rights.

212. Plaintiff seeks all damages recoverable under the Copyright Act, including statutory or actual damages, including any of GHM's profits or gains attributable to the infringement of the Hotel Photographs.

### Third Claim for Relief
### Vicarious Copyright Infringement Against VFM

213. Plaintiff repeats and realleges by reference each and every allegation contained in paragraphs 1 through 215 above.

214. Upon information and belief, VFM is vicariously liable for the copyright infringement alleged herein because VFM had the ability to supervise the infringing conduct and because it had a direct financial interest in the infringing conduct.

215. VFM affirmatively assumed credit for Plaintiff's Hotel Photographs knowing that VFM did not photograph, license or in any way have permission to use, sell, license or assign the Hotel Photographs.

216. VFM had no authority to license, sell, assign or grant permission for any third party to use or display the Hotel Photographs because Plaintiff is the sole and exclusive owner of the Hotel Photographs that are the subject of the Copyrighted Works and did not grant VFM permission to VFM to license, sell, assign or use the Hotel Photographs.

52

217. Notwithstanding the fact that VFM had no right to license, sell, assign or permit any third party to use the Hotel Photographs and knew it was not the owner of the copyright in the Hotel Photographs, VFM continued to represent to third parties that it had such rights in and to the Hotel Photographs.

218. Upon information and belief, VFM controlled the distribution of the Hotel Photographs by contracting with various websites and hotels, including Defendants, to sell, assign or license the Hotel Photographs.

219. Because of the nature of their business relationship, VFM had the right and the ability to supervise the infringing activities of Defendants.

220. VFM knew and/or should have known that the Hotel Photographs it was providing to Defendants, would be used, published and disseminated on high-trafficked websites and in widely circulated promotional materials.

221. Further, because VFM improperly and unlawfully represented to third parties, including Defendants, that it was the owner of and/or had the authority to grant permission to use the Hotel Photographs, VFM knew that Defendants and others would not seek to secure an appropriate license or authorization from Plaintiff.

222. As a result of VFM's vicarious infringement of Plaintiff's copyrights, VFM has obtained direct and indirect profits it would not otherwise have realized but for its infringement of the Hotel Photographs that are the subject of the Copyrighted Works.

223. VFM's misconduct was willful, intentional and/or reckless and was done all for its own economic gain.

53

224.    Plaintiff seeks all damages recoverable under the Copyright Act, including statutory or actual damages, including a disgorgement of VFM's profits or gains directly or indirectly attributable to the infringement of the Hotel Photographs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that the Court enter judgment against each Defendant as follows:

A.    That Defendants have each individually infringed Plaintiff's rights in the Copyrighted Works;

B.    For entry of preliminary and permanent injunctions providing that such Defendants and their officers, agents, servants and those persons in active concert or participation shall be enjoined from directly or indirectly infringing the Plaintiff's rights in the Copyrighted Works;

C.    For entry of preliminary and permanent injunctions providing that Defendants shall immediately remove all copies of the Copyrighted Works from their websites and/or immediately seek a license from Plaintiff for their use;

D.    For entry of judgment that such Defendants shall pay actual damages and profits, or statutory damages, pursuant to 17 U.S.C. § 504, at the election of Plaintiff;

E.    For entry of judgment that Defendants shall pay Plaintiff's costs and attorneys' fees incurred in this action, pursuant to 17 U.S.C. § 505;

F.    For entry of judgment that Plaintiff be granted such other relief as the Court deems just, equitable and proper.

54

## JURY DEMAND

Plaintiff demands trial by jury on all issues triable to a jury.

Dated: December 31, 2013
      White Plains, New York

Respectfully Submitted,

LEASON ELLIS LLP

By: _____

Cameron S. Reuber
One Barker Avenue, Fifth Floor
White Plains, NY 10601
Tel: (914) 821-8005
Fax: (914) 288-0023
Email: reuber@leasonellis.com

*Attorneys for Plaintiff*

{04892/606459-000/01114958.1}

# EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-055-458**

**Effective date of
registration:**

February 18, 2011

## Title

| | |
|---|---|
| **Title of Work:** | The Wave Design Pte. Ltd. Unpublished photographs 2005 (C) setai429 - setai803 |
| **Previous or Alternative Title:** | Group Registration / Unpublished Photos - 375 photographs |
| **Nature of Work:** | photographs |

## Completion/Publication

**Year of Completion:** 2005

## Author

| | |
|---|---|
| ■ **Author:** | The Wave Design Pte. Ltd. (employer for hire of Masano Kawana) |
| **Author Created:** | Photographs |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Singapore |
| **Anonymous:** | No | **Pseudonymous:** | No |

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

**Previously registered:** No

## Certification

| | |
|---|---|
| **Name:** | Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd. |
| **Date:** | February 18, 2011 |

Registration #: VAU001055458

Service Request #: 1-571517046



Jennison & Shultz, P.C.
Attn: John N. Jennison, Esq.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-055-459

**Effective date of
registration:**

February 18, 2011

## Title

**Title of Work:** The Wave Design Pte. Ltd. Unpublished photographs 2005 (D) setai804 - setai958; setai960 - setai1179

**Previous or Alternative Title:** Group Registration / Unpublished Photos - 375 photographs

**Nature of Work:** photographs

## Completion/Publication

**Year of Completion:** 2005

## Author

**Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** Photographs

**Work made for hire:** Yes

**Domiciled in:** Singapore

**Anonymous:** No        **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore 058464

## Limitation of copyright claim

**Previously registered:** No

## Certification

**Name:** Lee Kar Yin, authorized agent of The Wave Design Pte. Ltd.

**Date:** February 18, 2011

Registration #: VAU001055459
Service Request #: 1-571517011



Jennison & Shultz, P.C.
Attn: John N. Jennison
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VAu 1-057-927**

**Effective date of
registration:**

December 30, 2010

## Title

Title of Work: The Wave Pte. Ltd. unpublished set no.182

Nature of Work: photograph

## Completion/Publication

Year of Completion: 2005

## Author

- Author: The Wave Pte. Ltd.

Author Created: photograph

Work made for hire: Yes

Domiciled in: Singapore

Anonymous: No      Pseudonymous: No

## Copyright claimant

Copyright Claimant: The Wave Pte. Ltd.

36 Sago Street, Singapore, 059027

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Lek Kar Yin

Date: December 29, 2010

Registration #:   VAU001057927

Service Request #:  1-543670416



Jennison & Schultz, P.C.
2001 Jefferson Davis Highway, Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
VAu 1-060-180

**Effective date of
registration:**
December 30, 2010

---

## Title

Title of Work: The Wave Design Pte. Ltd. unpublished setaiO183; 0184
Nature of Work: photographs

## Completion/Publication

Year of Completion: 2005

## Author

■ Author: The Wave Design Pte. Ltd.

Author Created: Photograph

Work made for hire: Yes

Anonymous: No                              Pseudonymous: No

## Copyright claimant

Copyright Claimant: THE WAVE DESIGN PTE. LTD.

10A Trengganu Street, Singapore, 058464

## Limitation of copyright claim

Previously registered: No

## Certification

Name: Leo Kar Yin

Date: December 29, 2010

Registration #:   VAU001060180

Service Request #:   1-543670205



Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**
## VAu 1-060-182

**Effective date of
registration:**

December 30, 2010

## Title

| | |
|---|---|
| Title of Work: | Wave-s unpublished setai959 |
| Nature of Work: | photograph |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2004 |

## Author

| | |
|---|---|
| ■ Author: | Wave-s |
| Author Created: | Photograph |
| Work made for hire: | Yes |
| Domiciled in: | Singapore |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | WAVE-S |
| | 46 South Bridge Road, #04-02, Kingly Building, Singapore, 058679 |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

| | |
|---|---|
| Name: | Lee Kar Yin |
| Date: | December 29, 2010 |

**Registration #:** VAU001060182
**Service Request #:** 1-543670466



Jennison & Shultz, P.C.
2001 Jefferson Davis Highway, Suite 1 102
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-324**

EFFECTIVE DATE OF REGISTRATION

12    28    2010
Month    Day    Year

SEE CONTINUATION SHEET.

---

**1**

**Title of This Work ▼**

Wave-s Photographs 2001

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 67 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**    2001
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Month Mar. 26 - Sep. 17    Day _____    Year 2001    Nation Singapore

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12 28 2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION**

**DERIVATIVE WORK OR COMPILATION**

**DEPOSIT ACCOUNT**

Name ▼ Jennison & Shultz, P.C.
Account Number ▼ 080519

**CORRESPONDENCE**

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number ( 703 ) 415-1640    Fax number ( 703 ) 415-0788

Email  John@JennisonLaw.com

**CERTIFICATION**

WAVE-S

Typed or printed name and date ▼
Lee Kar Yin     Date 28 December 2010

Handwritten signature (X) ▼

Certificate will be mailed in window envelope to this address:

Name ▼ Jennison & Shultz, PC
Number/Street/Apt ▼ 2001 Jefferson Davis Hwy., Suite 1102
City/State/ZIP ▼ Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 324

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

Month 12 Day 28 Year 2010

CONTINUATION SHEET RECEIVED

Page 3 ___ 10 ___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than ___ continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional) description of individual photographs.
- Use the boxes to number each line in Part B consecutively, if you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: **WAVE·S**

Name of Copyright Claimant: **WAVE·S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

## B
Registration of Individual Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: **phuket001**
Date of First Publication: 26 (Day) March (Month) 2001 (Year)
Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: **phuket002**
Date of First Publication: 26 (Day) March (Month) 2001 (Year)
Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: **phuket003**
Date of First Publication: 26 (Day) March (Month) 2001 (Year)
Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: **phuket004**
Date of First Publication: 26 (Day) March (Month) 2001 (Year)
Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: **phuket005**
Date of First Publication: 26 (Day) March (Month) 2001 (Year)
Nation of First Publication: Singapore
Description of Photograph: _____