**B**

Registration for Group of Published Photographs (Continued)

Title of Photograph phuket006

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

Title of Photograph phuket007

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

Title of Photograph phuket008

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

Title of Photograph phuket009

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

Title of Photograph phuket010

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

Title of Photograph phuket011

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

Title of Photograph phuket012

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

Title of Photograph phuket013

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

Title of Photograph phuket014

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

Title of Photograph phuket015

Date of First Publication 26 March 2001 Nation of First Publication Singapore

(Month) (Day) (Year)

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope or address to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph — phuket016
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — phuket017
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — phuket018
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — phuket019
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — phuket020
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — phuket021
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — phuket022
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — phuket023
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — phuket024
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Number

Title of Photograph — phuket025
Date of First Publication — 26 (Month) March (Day) 2001 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Certificate
will be mailed
in window
envelope to
this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**
Continuation of the Group of Published Photographs

| Number | | |
|---|---|---|
| Title of Photograph | phuket026 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket027 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket028 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket029 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket030 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket031 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket032 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket033 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket034 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket035 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | phuket036 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket037 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket038 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket039 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket040 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | phuket041 | |
| Date of First Publication | 26 March 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu001 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu002 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu003 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu004 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**
Application for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu005 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu006 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu007 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu008 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu009 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu010 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu011 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu012 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu013 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu014 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| Description of Photograph | | |

**C**

certificate will be mailed in window envelope to this address

Name ▼
Jernison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | Title of Photograph | lalu015 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

| | Title of Photograph | lalu016 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

| | Title of Photograph | lalu017 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

| | Title of Photograph | lalu018 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

| | Title of Photograph | lalu019 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

| | Title of Photograph | lalu020 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

| | Title of Photograph | lalu021 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

| | Title of Photograph | lalu022 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

| | Title of Photograph | lalu023 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

| | Title of Photograph | lalu024 | |
|---|---|---|---|
| Number | Date of First Publication | 17 September 2001 | Nation of First Publication | Singapore |
| | | Month Day Year | | |
| | Description of Photograph | Option | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

For Monographs Published and Documentation Continued from page 1

Title of Photograph _____ lalu025 _____

Date of First Publication ___ 17 _____ September ___ 2001 ___  Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph (Option) _____

Title of Photograph _____ lalu026 _____

Date of First Publication ___ 17 _____ September ___ 2001 ___  Nation of First Publication _____ Singapore _____
(Month) (Day) (Year)

Description of Photograph (Option) _____

Title of Photograph _____

Date of First Publication _____  Nation of First Publication _____
(Month) (Day) (Year)

Description of Photograph (Option) _____

Title of Photograph _____

Date of First Publication _____  Nation of First Publication _____
(Month) (Day) (Year)

Description of Photograph (Option) _____

Title of Photograph _____

Date of First Publication _____  Nation of First Publication _____
(Month) (Day) (Year)

Description of Photograph (Option) _____

Title of Photograph _____

Date of First Publication _____  Nation of First Publication _____
(Month) (Day) (Year)

Description of Photograph (Option) _____

Title of Photograph _____

Date of First Publication _____  Nation of First Publication _____
(Month) (Day) (Year)

Description of Photograph (Option) _____

Title of Photograph _____

Date of First Publication _____  Nation of First Publication _____
(Month) (Day) (Year)

Description of Photograph _____

Title of Photograph _____

Date of First Publication _____  Nation of First Publication _____
(Month) (Day) (Year)

Description of Photograph (Option) _____

Title of Photograph _____

Date of First Publication _____  Nation of First Publication _____
(Month) (Day) (Year)

Description of Photograph (Option) _____

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts

**VA 1–432–325**

**EFFECTIVE DATE OF REGISTRATION**

12    28    2010
Month    Day    Year

---

**SEE CONTINUATION SHEET.**

**Title of This Work ▼**

Wave-s Photographs 2002

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 183 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give **Volume ▼** — **Number ▼** — **Issue Date ▼** — **On Pages ▼**

---

**2 a** **NAME OF AUTHOR ▼**

Wave-s (employer for hire of Masano Kawano)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3 a** **Year in Which Creation of This Work Was Completed**
2002 Year
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month July 20-Dec. 2    Day    Year 2002
Singapore    Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S,
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-28-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes (JN Sch-1/ SR*1-540400134)

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7** DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
Jennison & Shultz, P.C.                         080519

a

CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number    (703 ) 415-1640                    Fax number  ( 703 )415-0788
Email  John@JennisonLaw.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of          WAVE-S
                               Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                          Date  28 December 2010

Handwritten signature (X) ▼
X

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Jennison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City/State/ZIP ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-325

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

CONTINUATION SHEET RECEIVED

Month **12** Day **28** Year **2010**

Page **3** of **21** pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A**

Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

**Name of Author**   WAVE-S

**Name of Copyright Claimant**   WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**B**

Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | Title of Photograph | lalu027 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | lalu028 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | lalu029 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | lalu030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | lalu031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**B**

Registration for Individual Photographs

Title of Photograph  lalu032
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

Title of Photograph  lalu033
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

Title of Photograph  lalu034
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

Title of Photograph  lalu035
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

Title of Photograph  lalu036
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

Title of Photograph  lalu037
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

Title of Photograph  lalu038
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

Title of Photograph  lalu039
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

Title of Photograph  lalu040
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

Title of Photograph  lalu041
Date of First Publication  20  July  2002  Nation of First Publication  Singapore
Month  Day  Year
Description of Photograph

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: lalu042
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu043
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu044
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu045
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu046
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu047
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu048
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu049
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu050
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu051
Date of First Publication: 20 July 2002 Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope according to this address

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: lalu052
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu053
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu054
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu055
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu056
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu057
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu058
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu059
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu060
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu061
Date of First Publication: 20 July 2002    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B**

| | Title of Photograph | lalu062 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| | Title of Photograph | lalu063 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| | Title of Photograph | lalu064 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| | Title of Photograph | lalu065 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| | Title of Photograph | lalu066 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| | Title of Photograph | lalu067 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| | Title of Photograph | lalu068 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| | Title of Photograph | lalu069 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| | Title of Photograph | lalu070 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| | Title of Photograph | lalu071 |
|---|---|---|
| | Date of First Publication | 20 July 2002 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | lalu072 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu073 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu074 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu075 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu076 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu077 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu078 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu079 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu080 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu081 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | lalu082 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | lalu083 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | lalu084 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | lalu085 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | lalu086 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | lalu087 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | lalu088 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | lalu089 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | lalu090 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | lalu091 | | | |
|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu092 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu093 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu094 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu095 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu096 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu097 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu098 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu099 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu100 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu101 | | | |
| Date of First Publication | 20 (month) | July (day) | 2002 (year) | Nation of First Publication    Singapore |
| Description of Photograph (optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | lalu102 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | lalu103 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | lalu104 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | lalu105 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | lalu106 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | lalu107 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | lalu108 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | lalu109 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | lalu110 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

| | |
|---|---|
| Title of Photograph | lalu111 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) — Nation of First Publication — Singapore |
| Description of Photograph | (Option) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | lalu112 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu113 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu114 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu115 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu116 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu117 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu118 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu119 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu120 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | lalu121 | | |
|---|---|---|---|
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | lalu122 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu123 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu124 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu125 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu126 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu127 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu128 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu129 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu130 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

| Title of Photograph | lalu131 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Option) | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | lalu132 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu133 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu134 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu135 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu136 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu137 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu138 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu139 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu140 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | lalu141 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | lalu142 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | lalu143 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | lalu144 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | lalu145 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | lalu146 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | lalu147 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | lalu148 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | lalu149 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | lalu150 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

| Title of Photograph | lalu151 |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Number | Title of Photograph | lalu152 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu153 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu154 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu155 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu156 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu157 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu158 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat001 |
| | Date of First Publication | 16 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat002 |
| | Date of First Publication | 16 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat003 |
| | Date of First Publication | 16 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph     muscat004
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     muscat005
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     muscat006
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     muscat007
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     muscat008
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     muscat009
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     muscat010
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     muscat011
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     muscat012
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     muscat013
Date of First Publication     16     July     2002     Nation of First Publication     Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604