**B**

Registration
for Group of
Published
Photographs

| | Title of Photograph | muscat014 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat015 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat016 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat017 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat018 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat019 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat020 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat021 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat022 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| | Title of Photograph | muscat023 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 16 Month | July Day | 2002 Year | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | muscat024 |
| Date of First Publication | 16   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat025 |
| Date of First Publication | 16   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat026 |
| Date of First Publication | 16   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat027 |
| Date of First Publication | 16   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat028 |
| Date of First Publication | 16   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat029 |
| Date of First Publication | 16   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legianclub001 |
| Date of First Publication | 12   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legianclub002 |
| Date of First Publication | 12   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legianclub003 |
| Date of First Publication | 12   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legianclub004 |
| Date of First Publication | 12   July   2002   Nation of First Publication   Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy., Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**B**

Number

Title of Photograph    legianclub005

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

Number

Title of Photograph    legianclub006

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

Number

Title of Photograph    legianclub007

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

Number

Title of Photograph    legianclub008

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

Number

Title of Photograph    legianclub009

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

Number

Title of Photograph    legianclub010

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

Number

Title of Photograph    legianclub011

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

Number

Title of Photograph    legianclub012

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

Number

Title of Photograph    legianclub013

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

Number

Title of Photograph    legianclub014

Date of First Publication    12    July    2002    Nation of First Publication    Singapore
           Month    Day    Year

Description of Photograph

---

**C**

Certificate
will be mailed in
window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, DC 20559-6000

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legianclub015 | | | |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian001 | | | |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian002 | | | |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian003 | | | |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian004 | | | |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian005 | | | |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | legian006 | | | |
| Date of First Publication | 12 July 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | phuket042 | | | |
| Date of First Publication | 2 December 2002 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | | | | |
| Date of First Publication | | Nation of First Publication | | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | | | | |
| Date of First Publication | | Nation of First Publication | | |
| Description of Photograph | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-326**

EFFECTIVE DATE OF REGISTRATION

12　30　2010

---

**1** Title of This Work ▼

The Wave Design Pte. Ltd. Photographs 2007(A)

NATURE OF THIS WORK ▼ See instructions

Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 388 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼　　Number ▼　　Issue Date ▼　　On Pages ▼

---

**2**

**a** NAME OF AUTHOR ▼

The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼　　Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in Singapore

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b** Name of Author ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of ___
Domiciled in ___

Dates of Birth and Death
Year Born ▼　　Year Died ▼

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2007
Year ◄ This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Feb. 7 July 5 2007
Singapore

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author.

THE WAVE DESIGN PTE. LTD.
10A Trengganu Street, Singapore 058469

APPLICATION RECEIVED
12 30 2010
ONE DEPOSIT RECEIVED
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

---

MORE ON BACK ▶

EXAMINED BY _____

FORM VA

CHECKED BY

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5  PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼         **Year of Registration** ▼

**6  DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

a

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**7  DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

Jennison & Shultz, P.C.                  080519

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  (703 ) 415-1640                Fax number  ( 703 ) 415-0788

Email  John@jennisonlaw.com

**8  CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  THE WAVE DESIGN PTE LTD
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                    Date  28 December 2010

Handwritten signature (X) ▼

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-326

EFFECTIVE DATE OF REGISTRATION

| 11 | 30 | 2010 |
|---|---|---|
| Month | Day | Year |

CONTINUATION SHEET RECEIVED

| 3 | 11 |
|---|---|
| Page | of | pages |

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT.** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in Spaces 2 and 4 of the basic application.

Name of Author ▼  THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant ▼  THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS.** To make a single registration for a group of works by the same individual author, all published within a calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.



| | Title of Photograph ▼ | chiangmai076 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 (Month) | February (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (optional) | | | | |

| | Title of Photograph ▼ | chiangmai077 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 (Month) | February (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (optional) | | | | |

| | Title of Photograph ▼ | chiangmai078 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 (Month) | February (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (optional) | | | | |

| | Title of Photograph ▼ | chiangmai079 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 (Month) | February (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (optional) | | | | |

| | Title of Photograph ▼ | chiangmai080 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 (Month) | February (Day) | 2007 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (optional) | | | | |

**B**

| Title of Photograph | chiangmai081 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai082 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai083 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai084 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai085 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai086 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai087 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai088 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai089 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai090 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Blank & Soria, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | Title of Photograph | chiangmai091 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai092 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai093 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai094 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai095 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai096 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai097 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai098 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai099 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai100 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai101
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai102
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai103
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai104
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai105
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai106
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai107
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai108
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai109
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai110
Date of First Publication: 7 February 2007 Nation of First Publication: Singapore
Description of Photograph:

Jackson & Blythe, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | chiangmai111 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai112 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai113 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai114 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai115 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai116 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai117 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai118 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai119 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai120 | | | | |
|---|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jamison & Shute PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | chiangmai121 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai122 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai123 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai124 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai125 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai126 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai127 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai128 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai129 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | chiangmai130 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

Name
Johnson & Stults, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / ZIP
Arlington VA 22202-3604

**C**

B

| Title of Photograph | chiangmai131 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

| Title of Photograph | chiangmai132 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

| Title of Photograph | chiangmai133 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

| Title of Photograph | chiangmai134 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

| Title of Photograph | chiangmai135 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

| Title of Photograph | chiangmai136 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

| Title of Photograph | chiangmai137 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

| Title of Photograph | chiangmai138 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

| Title of Photograph | chiangmai139 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

| Title of Photograph | chiangmai140 | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph |

C

Peterson & Shafer, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chiangmai141 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai142 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai143 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai144 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai145 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai146 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai147 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai148 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai149 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai150 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | chiangmai151 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai152 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai153 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai154 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai155 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai156 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai157 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai158 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai159 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai160 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Jenkins & Blutts, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| Title of Photograph | chiangmai161 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | chiangmai162 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | chiangmai163 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | chiangmai164 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | chiangmai165 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | chiangmai166 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | chiangmai167 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | chiangmai168 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | chiangmai169 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Title of Photograph | chiangmai170 | | | |
|---|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

Tomkins & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**C**

**B**

| | Title of Photograph | chiangmai171 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai172 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai173 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai174 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai175 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai176 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai177 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai178 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai179 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai180 | | | | |
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | chiangmai181 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai182 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai183 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai184 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai185 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai186 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai187 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai188 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai189 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | chiangmai190 | | |
|---|---|---|---|
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

Name *
Jameson & Shultz, PC

Number/Street/Apt *
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip *
Arlington VA 22202-3604

**C**

**B**

| | Title of Photograph | chiangmai191 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | chiangmai192 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | chiangmai193 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | chiangmai194 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | chiangmai195 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | chiangmai196 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | chiangmai197 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | chiangmai198 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | chiangmai199 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| | Title of Photograph | chiangmai200 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

**C**

Name ▼
Johnson & Shute, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ chiangmai201
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai202
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai203
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai204
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai205
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai206
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai207
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai208
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai209
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai210
Date of First Publication _____ 7 ____ February ____ 2007 ____ Nation of First Publication _____ Singapore
Description of Photograph _____

**C**

Name ▼
Jamison & Riitts, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington VA 22202-3604

**B**

| | Title of Photograph | chiangmai211 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai212 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai213 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai214 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai215 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai216 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai217 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai218 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai219 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | chiangmai220 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jamison & Stultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite J102

City / State / Zip ▼
Arlington, VA 22202-3604