**B**

| | |
|---|---|
| Title of Photograph | chiangmai221 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai222 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai223 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai224 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai225 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai226 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai227 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai228 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai229 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai230 |
| Date of First Publication | 7 February 2007    Nation of First Publication   Singapore |
| Description of Photograph | |

**C**

Ivanhoe & Smith, PC

2200 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph  chiangmai231
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai232
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai233
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai234
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai235
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai236
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai237
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chiangmai238
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  bkk001
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  bkk002
Date of First Publication  7  February  2007  Nation of First Publication  Singapore
Description of Photograph

**C**

Jameson & Smith, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph     bkk003
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     bkk004
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     bkk005
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     bkk006
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     bkk007
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     bkk008
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     bkk009
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     bkk010
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     bkk011
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     bkk012
Date of First Publication     7     February     2007     Nation of First Publication     Singapore
Description of Photograph

**C**

Jamison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington VA 22202-3604

**B**

| Title of Photograph | bkk013 | | |
|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | bkk014 | | |
|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | bkk015 | | |
|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | bkk016 | | |
|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | bkk017 | | |
|---|---|---|---|
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai070 | | |
|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai071 | | |
|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai072 | | |
|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai073 | | |
|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | namhai074 | | |
|---|---|---|---|
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-432-327

EFFECTIVE DATE OF REGISTRATION

12  30  2010

---

**1**   Title of This Work ▼

The Wave Design Pte. Ltd. Photographs 2007 (B)

NATURE OF THIS WORK ▼

Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 32 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give Volume ▼   Number ▼   Issue Date ▼   On Page ▼

---

**2**

**a** NAME OF AUTHOR ▼

The Wave Design Pte. Ltd. (employer for hire of Lee Kar Yin)

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in Singapore

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☒ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2007
Year   ◀ This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month November   Day 28   Year 2007
Nation Singapore

---

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Tiengganu Street Singapore 058464

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5** PREVIOUS REGISTRATION Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼ _____

**6** DERIVATIVE WORK OR COMPILATION Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7**
a. DEPOSIT ACCOUNT If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼  Jennison & Shultz, P.C.    Account Number ▼  080519

b. CORRESPONDENCE Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22102-3604

Area code and daytime telephone number (703) 415-1640     Fax number (703) 415-0788

Email John@JennisonLaw.com

**8** CERTIFICATION* I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  THE WAVE DESIGN PTE LTD

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin    Date  28 December 2010

Handwritten signature (X) ▼

**9**
Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22102-3604

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REG  VA 1 – 432 – 327

EFFECTIVE DATE OF REGISTRATION

12  30  2010

CONTINUATION SHEET RECEIVED

Page **3** of **6** pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.**

## A

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic registration.

Name of Author: THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant: THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph: saujana001
Date of First Publication: 28 November 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana002
Date of First Publication: 28 November 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana003
Date of First Publication: 28 November 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana004
Date of First Publication: 28 November 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: saujana005
Date of First Publication: 28 November 2007  Nation of First Publication: Singapore
Description of Photograph:

**B**

| | |
|---|---|
| Title of Photograph | saujana006 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana007 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana008 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana009 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana010 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana011 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana012 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana013 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana014 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | saujana015 |
| Date of First Publication | 28 November 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Johnson & Shum, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph     saujana016
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     saujana017
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     saujana018
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     saujana019
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     saujana020
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     saujana021
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     saujana022
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     saujana023
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     saujana024
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     saujana025
Date of First Publication     28   November   2007     Nation of First Publication     Singapore
Description of Photograph

Name ▼
Jameson & Shults, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| | | |
|---|---|---|
| Title of Photograph | saujana026 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | saujana027 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | saujana028 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | saujana029 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | saujana030 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | saujana031 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | saujana032 | |
| Date of First Publication | 28 November 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | Nation of First Publication |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | Nation of First Publication |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | Nation of First Publication |
| Description of Photograph | |

**C**

Harrison & Sheltz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-328**

EFFECTIVE DATE OF REGISTRATION

12     29     2010
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

Wave-s Photographs 2003

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 139 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a**   Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☒ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a**   **Year in Which Creation of This Work Was Completed**   This information must be given in all cases.
2003   Year in all cases.

**b**   **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.  
Month March 18   Day Nov. 6   Year 2003
Nation Singapore

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**See instructions before completing this space.**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
[X] Yes  (Tu Sie Nei / Spm 1-5420050SS)

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[ ] Yes  [X] No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. [ ] This is the first published edition of a work previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [ ] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number ▼**          **Year of Registration ▼**

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name ▼**                                          **Account Number ▼**

Jennison & Shultz, P.C.                             080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.

Jennison & Shultz, P.C.

2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number   ( 703 ) 415-1640          Fax number   ( 703 ) 415-0788

Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
[ ] author
[ ] other copyright claimant
[ ] owner of exclusive right(s)
[X] authorized agent of ___WAVE-S___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                          Date   28 December 2010

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

**Name ▼**
Jennison & Shultz, PC

**Number/Street/Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City/State/Zip ▼**
Arlington, VA 22202-3604

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGI VA 1-432-328



- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12          29          2010
(Month)     (Day)       (Year)

**CONTINUATION SHEET RECEIVED**

Page  3  of  17  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.**

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   **WAVE-S**

Name of Copyright Claimant   **WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679**

## B  Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number**
Title of Photograph   muscat030
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**
Title of Photograph   muscat031
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**
Title of Photograph   muscat032
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**
Title of Photograph   muscat033
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**
Title of Photograph   muscat034
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**B**

Title of Photograph muscat035

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

Title of Photograph muscat036

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

Title of Photograph muscat037

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

Title of Photograph muscat038

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

Title of Photograph muscat039

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

Title of Photograph muscat040

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

Title of Photograph muscat041

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

Title of Photograph muscat042

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

Title of Photograph muscat043

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

Title of Photograph muscat044

Date of First Publication 18 March 2003    Nation of First Publication Singapore

Description of Photograph

**C**

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    muscat045
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat046
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat047
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat048
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat049
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat050
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat051
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat052
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat053
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat054
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: muscat055
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat056
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat057
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat058
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat059
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat060
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat061
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat062
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat063
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: muscat064
Date of First Publication: 18 March 2003    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph ___ muscat065
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ muscat066
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ muscat067
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ muscat068
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ muscat069
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ muscat070
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ muscat071
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ muscat072
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ muscat073
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ muscat074
Date of First Publication ___ 18 ___ March ___ 2003 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Continuation of a Certificate of Registration/ Copyright Office

Title of Photograph muscat075
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph muscat076
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph muscat077
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph muscat078
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph muscat079
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph muscat080
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph muscat081
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph muscat082
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph muscat083
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Title of Photograph muscat084
Date of First Publication 18 March 2003
    Month    Day    Year    Nation of First Publication Singapore
Description of Photograph (Option)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Published Group of Photographs

Title of Photograph   muscat085
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph   (Optional)

Title of Photograph   muscat086
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   muscat087
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph   (Optional)

Title of Photograph   muscat088
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph   (Optional)

Title of Photograph   muscat089
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph   (Optional)

Title of Photograph   muscat090
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph   (Optional)

Title of Photograph   muscat091
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph   (Optional)

Title of Photograph   muscat092
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph   (Optional)

Title of Photograph   muscat093
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph   (Optional)

Title of Photograph   muscat094
Date of First Publication   18   March   2003   Nation of First Publication   Singapore
Description of Photograph   (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Title of Photograph | muscat095 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | muscat096 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | muscat097 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | muscat098 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | muscat099 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | muscat100 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | muscat101 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | muscat102 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | muscat103 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | muscat104 | | | | |
| Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102,

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph ____ muscat105
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ muscat106
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ muscat107
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ muscat108
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ muscat109
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ muscat110
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ muscat111
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ muscat112
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ muscat113
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

Title of Photograph ____ muscat114
Date of First Publication  18  March  2003   Nation of First Publication ____ Singapore
Description of Photograph ____

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| Title of Photograph | muscat115 | | | | | | B |
|---|---|---|---|---|---|---|---|

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

Title of Photograph **muscat116**

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

Title of Photograph **muscat117**

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

Title of Photograph **muscat118**

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

Title of Photograph **muscat119**

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

Title of Photograph **muscat120**

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

Title of Photograph **muscat121**

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

Title of Photograph **muscat122**

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

Title of Photograph **muscat123**

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

Title of Photograph **muscat124**

Date of First Publication **18** **March** **2003** Nation of First Publication **Singapore**
Month Day Year

Description of Photograph (Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy., Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

C