**B**

| | | |
|---|---|---|
| Title of Photograph | muscat125 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat126 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat127 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat128 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat129 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat130 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat131 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat132 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat133 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | muscat134 | |
| Date of First Publication | 18 March 2003 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | muscat135 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat136 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat137 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat138 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat139 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat140 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat141 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat142 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat143 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | muscat144 |
| Date of First Publication | 18 March 2003 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | muscat145 | | |
|---|---|---|---|
| Date of First Publication | 18 (month) March (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Title of Photograph | muscat146 | | |
|---|---|---|---|
| Date of First Publication | 18 (month) March (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Title of Photograph | muscat147 | | |
|---|---|---|---|
| Date of First Publication | 18 (month) March (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Title of Photograph | muscat148 | | |
|---|---|---|---|
| Date of First Publication | 18 (month) March (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Title of Photograph | lalu159 | | |
|---|---|---|---|
| Date of First Publication | 30 (month) October (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Title of Photograph | legian007 | | |
|---|---|---|---|
| Date of First Publication | 4 (month) November (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Title of Photograph | legian008 | | |
|---|---|---|---|
| Date of First Publication | 4 (month) November (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Title of Photograph | legian009 | | |
|---|---|---|---|
| Date of First Publication | 4 (month) November (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Title of Photograph | legian010 | | |
|---|---|---|---|
| Date of First Publication | 4 (month) November (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

| Title of Photograph | legian011 | | |
|---|---|---|---|
| Date of First Publication | 4 (month) November (day) 2003 (year) | | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | legian012 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

| | |
|---|---|
| Title of Photograph | legian013 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

| | |
|---|---|
| Title of Photograph | legian014 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

| | |
|---|---|
| Title of Photograph | legian015 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

| | |
|---|---|
| Title of Photograph | legian016 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

| | |
|---|---|
| Title of Photograph | legian017 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

| | |
|---|---|
| Title of Photograph | legian018 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

| | |
|---|---|
| Title of Photograph | legian019 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

| | |
|---|---|
| Title of Photograph | legian020 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

| | |
|---|---|
| Title of Photograph | legian021 |
| Date of First Publication | 4 November 2003 |
| | Month Day Year |
| Nation of First Publication | Singapore |
| Description of Photograph | Caption |

**C**

Certification

| | |
|---|---|
| Name ▼ | Jamison & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy ; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

| | |
|---|---|
| Title of Photograph | legian022 |
| Date of First Publication | 4 November 2003 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian023 |
| Date of First Publication | 4 November 2003 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian024 |
| Date of First Publication | 4 November 2003 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian025 |
| Date of First Publication | 4 November 2003 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | Nation of First Publication |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | Nation of First Publication |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | Nation of First Publication |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | Nation of First Publication |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | Nation of First Publication |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | |
| Date of First Publication | Nation of First Publication |
| Description of Photograph | |

**C**

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1-432-329

**EFFECTIVE DATE OF REGISTRATION**
12  29  2010

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**Title of This Work ▼**
Wave-s Photographs 2004

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 462 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2
**NAME OF AUTHOR ▼**

a   Wave-s

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork      ☑ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____ }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3
**Year in Which Creation of This Work Was Completed**
a   2004   Year In all cases

**Date and Nation of First Publication of This Particular Work**
b   Day  March 12 → Oct 20   Year 2004
Nation   Singapore

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2.▼

WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-24-2010

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

EXAMINED BY ☐

CHECKED BY

☐ CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a
b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
b

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼   Account Number ▼
Jennison & Shultz, P.C.   030319

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number (703) 415-1640   Fax number (703) 415-0788
Email john@jennisonLaw.com

**7**
b

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   WAVE-S

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin   Date 28 December 2010

Handwritten signature (X) ▼

**8**

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip ▼
Arlington, VA 22202-3604

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1 – 432 – 329

EFFECTIVE DATE OF REGISTRATION

12           14           2010

CONTINUATION SHEET RECEIVED

3           44

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional descriptions of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space use additional forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY.

## A

**IDENTIFICATION OF AUTHOR AND CLAIMANT.** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ WAVE-S

Name of Copyright Claimant ___ WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS.** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the lines.

Title of Photograph ___ leela001
Date of First Publication ___ 12 March 2004   Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ leela002
Date of First Publication ___ 12 March 2004   Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ leela003
Date of First Publication ___ 12 March 2004   Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ leela004
Date of First Publication ___ 12 March 2004   Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ leela005
Date of First Publication ___ 12 March 2004   Nation of First Publication ___ Singapore
Description of Photograph ___

**B**

| | Title of Photograph | leela006 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela007 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela008 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela009 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela010 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela011 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela012 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela013 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela014 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela015 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Jemison & Shultz, PC

Street / Address / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | leela016 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

| Title of Photograph | leela017 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

| Title of Photograph | leela018 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

| Title of Photograph | leela019 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

| Title of Photograph | leela020 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

| Title of Photograph | leela021 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

| Title of Photograph | leela022 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

| Title of Photograph | leela023 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

| Title of Photograph | leela024 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

| Title of Photograph | leela025 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| | Day Month Year | | |
| Description of Photograph | | | |

**C**

Name
Jamison & Shinn, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela026 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela027 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela028 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela029 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela030 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela031 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela032 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela033 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela034 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela035 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

**C**

Name ▼
Jameson & Ehrler, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | Title of Photograph | leela036 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | **B** |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela037 |
|---|---|---|
| | Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela038 |
|---|---|---|
| | Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela039 |
|---|---|---|
| | Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela040 |
|---|---|---|
| | Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela041 |
|---|---|---|
| | Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela042 |
|---|---|---|
| | Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela043 |
|---|---|---|
| | Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela044 |
|---|---|---|
| | Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| | Title of Photograph | leela045 |
|---|---|---|
| | Date of First Publication | 12 March 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Name | Jameson & Skaist, PC | **C** |
|---|---|---|
| Number / Street / Apt | 2001 Jefferson Davis Hwy, Suite 1102 | |
| City / State / Zip | Arlington, VA 22202-3604 | |

**B**

| Title of Photograph | Icela046 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icela047 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icela048 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icela049 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icela050 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icela051 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icela052 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icela053 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icela054 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | Icela055 | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name
Jamison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy, Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela056 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela057 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela058 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela059 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela060 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela061 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela062 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela063 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela064 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela065 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jamison & Bains, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela066 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela067 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela068 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela069 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela070 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela071 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela072 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela073 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela074 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela075 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Jennison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: leela076
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela077
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela078
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela079
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela080
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela081
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela082
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela083
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela084
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela085
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jezullon & Shaha, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | Title of Photograph ▼ | leela086 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

| | Title of Photograph ▼ | leela087 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

| | Title of Photograph ▼ | leela088 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

| | Title of Photograph ▼ | leela089 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

| | Title of Photograph ▼ | leela090 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

| | Title of Photograph ▼ | leela091 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

| | Title of Photograph ▼ | leela092 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

| | Title of Photograph ▼ | leela093 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

| | Title of Photograph ▼ | leela094 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

| | Title of Photograph ▼ | leela095 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication ▼ | 12 | March | 2004 | Nation of First Publication ▼ | Singapore |
| | Description of Photograph ▼ | | | | | |

**C**

Jamison & Shultz, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela096 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela097 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela098 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela099 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela100 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela101 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela102 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela103 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela104 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela105 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name
Jennison & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | leela106 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela107 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela108 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela109 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela110 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela111 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela112 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela113 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela114 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela115 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jameson & Stultz PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela116 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela117 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela118 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela119 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela120 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela121 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela122 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela123 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela124 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | leela125 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| Title of Photograph | leela126 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela127 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela128 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela129 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela130 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela131 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela132 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela133 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela134 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| Title of Photograph | leela135 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Jackson & Blanc, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | leela136 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela137 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela138 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela139 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela140 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela141 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela142 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela143 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela144 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela145 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

**C**

Jameson & Bhela, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

| | | | |
|---|---|---|---|
| Title of Photograph | leela146 | | **B** |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela147 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela148 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela149 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela150 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela151 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela152 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela153 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela154 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | leela155 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Kevin V
Jameson & Bailey, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| Title of Photograph | leela156 | | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela157 | | | | | |
| Date of First Publication | 12 March 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela158 | | | | | |
| Date of First Publication | 12 April 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela159 | | | | | |
| Date of First Publication | 12 April 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | leela160 | | | | | |
| Date of First Publication | 11 June 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai001 | | | | | |
| Date of First Publication | 30 May 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai002 | | | | | |
| Date of First Publication | 30 May 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai003 | | | | | |
| Date of First Publication | 30 May 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai004 | | | | | |
| Date of First Publication | 30 May 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| Title of Photograph | setai005 | | | | | |
| Date of First Publication | 30 May 2004 | | | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2101 Jefferson Davis Hwy., Suite 102

City / State / Zip ▼
Arlington, VA 22202-3604