| | |
|---|---|
| 1 | Lucky Meinz (CA Bar No. 260632) |
|   | lmeinz@vedderprice.com |
| 2 | VEDDER PRICE P.C. |
| 3 | 275 Battery Street, Suite 2464 |
|   | San Francisco, CA 94111 |
| 4 | |
|   | Blaine Kimrey (admitted *pro hac vice*) |
| 5 | bkimrey@vedderprice.com |
|   | Bryan Clark (admitted *pro hac vice*) |
| 6 | bclark@vedderprice.com |
| 7 | 222 North LaSalle Street |
|   | Chicago, Illinois 60601 |
| 8 | T: (312) 609 7500 |
|   | F: (312) 609 5005 |
| 9 | |
|   | Attorneys for defendants |
| 10 | MASTERCARD INTERNATIONAL, INC. and |
|   | VIRTUOSO, LTD. |
| 11 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | THE WAVE STUDIO, LLC, a New York Limited Liability Corporation, | Case No. 3:14-cv-01342-RS |
| 15 | | Honorable Judge Richard Seeborg |
| 16 | Plaintiff, | **DECLARATION OF DANIEL F. BENAVIDES** |
| 17 | v. | |
| 18 | MASTERCARD INTERNATIONAL, INC., a Delaware corporation; VIRTUOSO, LTD., a Delaware corporation; and DOES 1-100, | |
| 20 | Defendants. | |

I, Daniel F. Benavides, declare under penalty of perjury as follows:

1. I am an attorney with the law firm of Kozyak Tropin & Throckmorton, and I represent defendant General Hotel Management, Ltd. in *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Case No. 7:13-cv-09239 (S.D.N.Y.).

2. I am over the age of 21, I am competent to make this Declaration, and the facts set forth in this Declaration are based on my personal knowledge.

3. Attached hereto as **Exhibit 1** is a true and correct copy of an email exchange I had with counsel for The Wave Studio, LLC, discussing the similarities between this case and the case brought by The Wave Studio, LLC in the Southern District of New York.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Dated: September 2, 2014

By: _____
Daniel F. Benavides