# Exhibit 1

# Clark, Bryan

**Subject:** RE: Wave v. Mastercard and Virtuouso - California case (F: Wave Studio/Dispute with Mastercard)
**Attachments:** 14-cv-01342 - NDCA - Amended Complaint.pdf; 13-cv-09239 - SDNY - First Amended Complaint.PDF

---

**From:** Cameron Reuber [mailto:Reuber@leasonellis.com]
**Sent:** Friday, July 25, 2014 6:14 PM
**To:** Daniel Benavides; 'Nate Garhart'; Kenneth Hartmann; Jonathan Thomas
**Cc:** CRLitigation; 'Eric Millner (emillner@bwwlaw.com)'; 'blittle@lindquist.com'; 'Vijay Toke'; 'Client File'; Cameron Reuber
**Subject:** RE: Wave v. Mastercard and Virtuouso - California case (F: Wave Studio/Dispute with Mastercard)

Danny:

We are very confused by the below email chain. Mr. Gerhart's sole inquiry sought to confirm whether your firm is counsel for any defendant in the California action. Your response to that (still unanswered) question was to represent that the operative complaints in New York and California are "identical save for the deletion of GHM from the California complaint." That representation, in addition to being a *non sequitur*, is also false. Perhaps you confused this case with another? Either way, both complaints are attached for your immediate review.

Under normal circumstances, we would ask that you reconsider your representation and restate your position so that we can address same; however, having now spoken with Mr. Garhart, that will not be necessary. I will confirm here what I confirmed to him. That is, regardless of who your firm represents, the New York and California cases are separate actions filed by different attorneys of record in different jurisdictions against different defendants alleging different causes of action. As a result, there is no simply need for us to further confer per your below request.

Accordingly, if your firm seeks to obtain relief concerning the California action, it should confer exclusively with Mr. Garhart and his firm. This office will take no part in such proceedings as its outcome will have no effect on the New York action. We hope the above provides sufficient clarity for you to advise your client going forward. If not, please give me a call to discuss.

Have a nice weekend.

Cameron

Cameron S. Reuber
LEASON ELLIS.
T.914.821.3075

---

**From:** Daniel Benavides [mailto:dfb@kttlaw.com]
**Sent:** Friday, July 25, 2014 3:25 PM
**To:** 'Nate Garhart'; 'Curtin, Thomas (LG)'; Cameron Reuber; Kenneth Hartmann; Jonathan Thomas
**Cc:** CRLitigation; 'Eric Millner (emillner@bwwlaw.com)'; 'blittle@lindquist.com'; 'Vijay Toke'; 'Client File'; Daniel Benavides
**Subject:** RE: Wave v. Mastercard and Virtuouso - California case (F: Wave Studio/Dispute with Mastercard)

The complaints are identical save for the deletion of GHM from the California complaint. In any event, please speak to Cameron about the relationship between the two cases and why you should agree to stay the California case. Meanwhile, I will discuss next steps with counsel for the defendants in your action. We can circle back next week.

Danny

Daniel F. Benavides, Esq.
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Blvd., 9th Floor, Miami, Florida 33134
305.372.1800 | Direct 305.728.2980 | Cell 352.870.1313 | dfb@kttlaw.com

---

**From:** Nate Garhart [mailto:nate@cobaltlaw.com]
**Sent:** Friday, July 25, 2014 3:08 PM
**To:** Daniel Benavides; Curtin, Thomas (LG); Cameron Reuber; Kenneth Hartmann; Jonathan Thomas
**Cc:** CRLitigation; Eric Millner (emillner@bwwlaw.com); blittle@lindquist.com; Vijay Toke; Client File
**Subject:** RE: Wave v. Mastercard and Virtuouso - California case (F: Wave Studio/Dispute with Mastercard)

Danny -

Is your firm counsel for a defendant in Case Number 3:14-cv-01342-RS pending in the Northern District of California? In any event, as you are aware, this is a separate action and there has been no assertion to our knowledge of any relationship between the defendants in that case and those in the action pending in the Southern District of New York.

At this time we see no basis for a stay of the proceedings in the unrelated matter.

Thank you,
Nate

NATE GARHART
for COBALT LLP

918 Parker Street Bldg A21
berkeley, ca 94710
p.  510.841.9800
f.  510.295.2401
cobaltlaw.com
Find Cobalt's tweets by topic here


On July 25, 2014 at 11:48:47 AM, Daniel Benavides (dfb@kttlaw.com) wrote:

Thanks, Cameron. Mr. Garhart, please advise.


Danny



Daniel F. Benavides, Esq.

Kozyak Tropin & Throckmorton

2525 Ponce de Leon Blvd., 9th Floor, Miami, Florida 33134

2

305.372.1800 | Direct 305.728.2980 | Cell 352.870.1313 | dfb@kttlaw.com

**From:** Cameron Reuber [mailto:Reuber@leasonellis.com]
**Sent:** Friday, July 25, 2014 2:14 PM
**To:** Daniel Benavides; 'Curtin, Thomas (LG)'; Jonathan Thomas; Kenneth Hartmann
**Cc:** CRLitigation; 'nate@cobaltlaw.com'; 'Eric Millner (emillner@bwwlaw.com)'; 'blittle@lindquist.com'; Cameron Reuber
**Subject:** RE: Wave v. Mastercard and Virtuouso - California case


Danny:


I am aware of the California action, but I am not counsel of record in that case and do not represent my client in any capacity beyond the New York action. If you want the California case stayed, you must contact that matter's counsel of record to discuss same.


I am unaware of any other litigation involving my client.


Thanks,


Cameron


Cameron S. Reuber

LEASON ELLIS.

T.914.821.3075


**From:** Daniel Benavides [mailto:dfb@kttlaw.com]
**Sent:** Friday, July 25, 2014 2:05 PM
**To:** Cameron Reuber; 'Curtin, Thomas (LG)'; Jonathan Thomas; Kenneth Hartmann
**Cc:** CRLitigation; 'nate@cobaltlaw.com'; 'Eric Millner (emillner@bwwlaw.com)'; 'blittle@lindquist.com'; Daniel Benavides
**Subject:** Wave v. Mastercard and Virtuouso - California case

Cameron,

It has come to our attention that Wave filed a case in California against certain other defendants stemming from the same facts as our case. As you know, and with your consent, the judge stayed the case as to all defendants except Wave and GHM so we could first litigate the threshold contractual issues. The California case should be stayed for the same reason. Please advise if Wave will agree to voluntarily stay the case in California. I'm copying the relevant parties.

Also, please advise ASAP if Wave is suing any other defendants in any other courts and whether those cases will be stayed as well.

Thanks,

Danny

Daniel F. Benavides, Esq.

Kozyak Tropin & Throckmorton

2525 Ponce de Leon Blvd., 9th Floor, Miami, Florida 33134

305.372.1800 | Direct 305.728.2980 | Cell 352.870.1313 | dfb@kttlaw.com