AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| The Wave Studio, LLC<br>*Plaintiff*<br>v.<br>Mastercard International, Inc., et al.<br>*Defendant* | ) ) ) ) ) | Case No.  3:14-cv-01342-RS |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, Mastercard International, Inc. and Virtuoso, Ltd.

Date:  09/17/2014

/s/Brittany A. Sachs
*Attorney's signature*

Brittany A. Sachs, Bar No. 287651
*Printed name and bar number*

Vedder Price (CA), LLP
275 Battery Street, Suite 2464
San Francisco, CA 94111

*Address*

bsachs@vedderprice.com
*E-mail address*

(415) 749-9500
*Telephone number*

(415) 749-9502
*FAX number*