1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

THE WAVE STUDIO, LLC, a New York
Limited Liability Corporation,

Plaintiff,

v.

MASTERCARD INTERNATIONAL, INC.,
a Delaware corporation; VIRTUOSO, LTD.,
a Delaware corporation; VISA INC., a
California corporation, and DOES 1-100,

Defendants.

Case No.  3:14-cv-01342-RS

Honorable Judge Richard Seeborg

**[PROPOSED] ORDER GRANTING
MOTION FOR LEAVE TO FILE
SECOND AMENDED COMPLAINT**

1    Before the Court is Plaintiff The Wave Studio, LLC's Motion For Leave To File Second

2  Amended Complaint. Based on the arguments presented in the motion, the proposed pleading

3  attached to the motion, and any other relevant matter, Plaintiff's Motion is GRANTED and

4  Plaintiff's Proposed Second Amended Complaint is deemed FILED.

5

6

7    IT IS SO ORDERED.

8

9

10   Dated: _____          _____
                                              RICHARD SEEBORG
11                                            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28