UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**Judge: RICHARD SEEBORG**

**Date:** October 9, 2014          **Time in Court:** 35 min.

**Case No.:** C 14-01342 RS

**Case Title:** The Wave Studio, LLC  v.  Mastercard International, Inc., et al.,

**Appearances:**

    For Plaintiff(s): Vijay Toke

    For Defendant(s): Blaine Kimrey, Brittany Sachs

**Deputy Clerk:** Corinne Lew          **Court Reporter:** Jo Ann Bryce

## PROCEEDINGS

Defendants' Motion to Transfer Hearing Held.

## SUMMARY

MOTION/MATTER:  ( ) Granted
                ( ) Denied
                ( ) Granted in part/Denied in part
                **(X) Taken under submission**
                ( ) Withdrawn/Off Calendar

Order to be prepared by: ( ) Plaintiff    ( ) Defendant    **(X) Court**