1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  TODD R. GREGORIAN (CSB No. 236096)
   tgregorian@fenwick.com
3  SEBASTIAN E. KAPLAN (CSB No. 248206)
   skaplan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  Attorneys for Defendant Travix Travel USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| THE WAVE STUDIO, LLC, a New York Limited Liability Company, | Case No.: 3:14-cv-01342-RS |
|---|---|
| Plaintiff, | **DECLARATION OF SEBASTIAN KAPLAN IN SUPPORT OF DEFENDANTS BRITISH AIRWAYS PLC, SWISS INTERNATIONAL AIRLINES LTD., AND TRAVIX TRAVEL USA INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| MASTERCARD INTERNATIONAL, INC., et al. | |
| Defendants. | |

KAPLAN DECL ISO DEFENDANTS' ADM.
MOTION TO RELATE CASES

CASE NO.: 3:14-CV-01342-RS

I, Sebastian Kaplan, hereby declare as follows:

1. I am an attorney at Fenwick & West LLP and counsel for defendant Travix Travel USA Inc. in this action. I submit this declaration, pursuant to Local Rule 6-2(a), in support of the Defendants British Airways PLC, Swiss International Air Lines Ltd., and Travix Travel USA Inc.'s Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the facts set forth in this declaration, and if called upon to do so, could and would testify competently thereto.

2. I have received written confirmation from Vijay Toke, counsel for Plaintiff The Wave Studio, LLC, that The Wave Studio, LLC does not oppose this administrative motion.

3. I have received written confirmation from Danielle Anne Phillip, counsel for Defendants British Airways Plc and Swiss International Air Lines Ltd. ("Swiss"), that British Airways and Swiss join in this administrative motion.

4. I have received written confirmation from counsel for Defendant Hotels Combined LLC that it does not oppose this administrative motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 2nd day of September, 2015, at Berkeley, California.

*/s/ Sebastian Kaplan*
Sebastian Kaplan

Attorneys for Defendant
TRAVIX TRAVEL USA INC.

**ATTESTATION OF SIGNATURES**

Pursuant to Local Civil Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from each of the Signatories.

By: /s/ *Jedediah Wakefield*
Jedediah Wakefield

KAPLAN DECL ISO DEFENDANTS' ADM. MOTION TO RELATE CASES      1      CASE NO.: 3:14-CV-01342-RS