1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  TODD R. GREGORIAN (CSB No. 236096)
   tgregorian@fenwick.com
3  SEBASTIAN E. KAPLAN (CSB No. 248206)
   skaplan@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:     415.875.2300
6  Facsimile:     415.281.1350

7  Attorneys for Defendant TRAVIX TRAVEL USA INC.

8  WILLIAM H. FRANKEL (admitted *pro hac vice*)
   wfrankel@brinksgilson.com
9  DANIELLE A. PHILLIP (admitted *pro hac vice*)
   dphillip@brinksgilson.com
10 BRINKS GILSON & LIONE
   NBC Tower – Suite 3600
11 455 N. Cityfront Plaza Drive
   Chicago, IL  60611
12 Telephone:     (312) 321-4200
   Facsimile:     (312) 321-4299
13
   PETER M. HART (CA Bar No. 107920)
14 peter.hart@leclairryan.com
   LECLAIRRYAN, LLP
15 44 Montgomery Street, Suite 3100
   San Francisco, CA 94104
16 Telephone:     (415) 391-7111
   Facsimile:     (415) 391-8766
17
   Attorneys for Defendants BRITISH AIRWAYS PLC and
18 SWISS INTERNATIONAL AIR LINES LTD.

19                UNITED STATES DISTRICT COURT

20          NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| 21  THE WAVE STUDIO, LLC, a New York Limited Liability Company, | Case No.: 3:14-cv-01342-RS |
| 22 | **[PROPOSED] ORDER GRANTING MOVING DEFENDANTS'** |
| 23  Plaintiff, | **ADMINISTRATIVE MOTION TO** |
|     v. | **CONSIDER WHETHER CASES** |
| 24  MASTERCARD INTERNATIONAL, INC., et al. | **SHOULD BE RELATED** |
| 25  Defendants. | |

1  Under Civil L.R. 3-12, this Court finds that the case *The Wave Studio, LLC v. British Airways PLC et al.*, Case No. 5:15-cv-01341-LHK, is related to the earlier filed case *The Wave Studio, LLC v. Mastercard International, Inc.*, Case No. 3:14-cv-01342-RS .

**IT IS SO ORDERED.**

Dated: _____, 2015

_____
The Honorable Richard G. Seeborg
United States District Court Judge