JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:  415.875.2300
Facsimile:  415.281.1350

Attorneys for Travix Travel USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MASTERCARD INTERNATIONAL, INC., et al.<br><br>Defendants. | Case No.: 3:14-cv-01342-RS<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE                              Case No.: 3:14-cv-01342-RS

# PROOF OF SERVICE

The undersigned declares as follows: I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served copies of the following documents:

- **DEFENDANTS BRITISH AIRWAYS PLC, SWISS INTERNATIONAL AIR LINES LTD., AND TRAVIX TRAVEL USA INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **DECLARATION OF SEBASTIAN KAPLAN IN SUPPORT OF DEFENDANTS BRITISH AIRWAYS PLC, SWISS INTERNATIONAL AIRLINES LTD., AND TRAVIX TRAVEL USA INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

- **[PROPOSED] ORDER GRANTING MOVING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

*Attorneys for Defendants Mastercard International, Inc. and Virtuoso:*

Blaine Christopher Kimrey
Bryan Kyle Clark
VEDDER PRICE P.C.
222 N. LaSalle, Suite 2600
Chicago, IL 60606
Telephone: (312) 609-7865
Email: bkimrey@vedderprice.com
Email: bclark@vedderprice.com

Brittany A. Sachs
VEDDER PRICE P.C.
275 Battery Street Suite 2464
San Francisco, CA 94111
Telephone: (415) 749-9500
Email: bsachs@vedderprice.com

Lucky Meinz
VEDDER PRICE PC
One Embarcadero Center, Suite
San Francisco, CA 94111

*Attorneys for Defendants British Airways PLC, Swiss International Air Lines Ltd.*

Danielle Anne Phillip
BRINKS GILSON AND LIONE
455 N. Cityfront Plaza Drive
NBC Tower
Suite 3600
Chicago, IL 60611
Telephone: (312) 321-4200
Email: dphillip@brinksgilson.com

Peter Michael Hart
LECLAIRRYAN, LLP
44 Montgomery Street
Suite #3100
San Francisco, CA 94104-4705
Telephone: (415) 391-7111
Email: peter.hart@leclairryan.com

William H. Frankel
BRINKS HOFER GILSON & LIONE
NBC Tower - Suite 3600
455 North Cityfront Plaza Drive
Chicago, IL 60611
Telephone: (312) 321-4200
Email: wfrankel@brinksgilson.com

| | |
|---|---|
| Telephone: (415) 749-9500<br>Email: lmeinz@vedderprice.com | *Attorneys for Plaintiff The Wave Studio, LLC:*<br>Nate A. Garhart<br>Vijay K. Toke |
| *Attorneys for Defendant Hotels Combined LLC:*<br><br>Rick Sanders<br>AARON SANDERS, PLLC<br>11 Lea Ave., Suite 606<br>Nashville, TN 37210<br>Telephone: (615) 734-1188<br>Email: rick@aaronsanderslaw.com | COBALT LLP<br>918 Parker Street<br>Building A21<br>Berkeley, CA 94710<br>Telephone: (510) 841-9800<br>Email: nate@cobaltlaw.com<br>Email: vijay@cobaltlaw.com<br><br>Amanda R. Conley<br>O'MELVENY AND MYERS<br>Two Embarcadero Center<br>28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8829<br>Email: amanda@cobaltlaw.com |
| *Movant for VisitUSA, LLC:*<br><br>David Urman<br>1912 Blaine Avenue<br>Salt Lake City, UT 84108 | |

☑ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: September 3, 2015

_____
Shannon Ellenburg

PROOF OF SERVICE                                                           Case No.: 3:14-cv-01342-RS